

**RECEIVED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUL 16 2008
西 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Grace Jo P. O'Leary,                    )
Plaintiff                               )
                                        )
vs.                                     )
                                        )     08CV 4036
Little, Brown and Company, a division of)     JUDGE GOTTSCHALL
Hachette Book Group USA, publisher,     )     MAGISTRATE JUDGE SCHENKIER
and Elin Hilderbrand, author,           )
Defendants.                             )

**COMPLAINT**

I

The Plaintiff, Grace Jo P. O'Leary, is an individual residing at 1025 Pleasant Place, Apartment 11A in Oak Park, Illinois.

II

This action is brought under the Copyright Act of 1976, as amended, 17 U.S.C.A. §§ 101 et. seq.   This court has jurisdiction pursuant to 28 U.S.C.A. § 1338(a).  Venue is conferred by 28 U.S.C.A. § 1400(a).

III

Prior to January 27, 2005, Plaintiff, who then was and ever since has been a citizen of the United States, created, wrote, and has in manuscript form an original novel entitled What If.

IV

Plaintiff's above-referenced manuscript contains a substantial amount of material created by Plaintiff's own skill, labor, and judgment, and is copyrightable subject matter under the laws of the United States.

V

Between January 27, 2005 the Plaintiff complied in all respects with the
Copyright Act of 1976 and all others laws governing copyright by applying for copyright
registration on May 29, 2007, making the required deposit, and receiving from the
Registrar of Copyrights a certificate of registration, No. TXu1-353-304, dated June 1,
2007.  A copy of such registration is attached as **Exhibit 50**

VI

1.      Since January 27, 2005, the Plaintiff has been and still is the sole proprietor of all
right, title, and interest in and to the copyright of the novel <u>What If</u> in manuscript.

### CREATION OF THE COPYRIGHT

2.      Creation of Plaintiff's <u>What If</u> copyright began on October 12, 2004 with the
drafting of the first three pages of the original manuscript.  Plaintiff continued in this
fashion, creating and revising three or more pages in nearly daily writing sessions until
on January 27, 2005, the completed manuscript numbered 401 pages.  The Plaintiff has
since revised the <u>What If</u> novel several times.  The instant version, the 392-page
Salzburg version, was completed on August 30, 2005.

### PLAINTIFF'S PRIOR EFFORTS TO DEFEND
### HER COPYRIGHT FOR WHAT IF, A NOVEL IN MANUSCRIPT,
### AGAINST SUSPECTED INFRINGEMENTS

### CLAIM 1

1.      Plaintiff for a first count alleges:  on January 2, 2007, Plaintiff began searching
prior and current issues of <u>Publishers Weekly,</u> because she suspected infringements of
the original draft and the Salzburg version of her <u>What If</u> novel in manuscript had
occurred.

2.      For a second count Plaintiff alleges:  on January 28, 2005, Plaintiff submitted the first draft manuscript of <u>What If</u> to a professor for review and comment.  On February 2, 2005, such draft manuscript with edits was returned to Plaintiff.

3.      For a third count Plaintiff alleges:  Plaintiff believes any infringement arising from such draft has been withdrawn from the publishing pipeline.

CLAIM 2

1.      Plaintiff for a first count alleges:  as a result of the <u>Publishers Weekly</u> search, Plaintiff discovered an unsuspected infringement of her novel in manuscript <u>What If</u> by the novel <u>Spring and Fall</u>.

2.      For a second count Plaintiff alleges:  on April 4, 2005, Plaintiff sent a query letter to a New York City literary agent detailing sixteen points of the plot of her <u>What If</u> novel in manuscript.

3.      For a third count Plaintiff alleges:  on April 13, 2007, Plaintiff filed a Complaint for copyright infringement, 07 CV 2047, against such publisher, literary agent, and author.

4.      For a fourth count Plaintiff alleges:  when Plaintiff learned that query letters are not protected by the Copyright Act, Plaintiff initiated a Stipulated Motion to Dismiss, which was granted on May 25, 2007.

5.      For a fifth count Plaintiff alleges:  a recent <u>Publishers Weekly</u> fiction review indicates the defendant publisher did not publish the defendant author's twenty sixth (26) work, released in April 2008.

CLAIM 3

1.      Plaintiff for a first count alleges:  on September 30, 2005, at the suggestion of Laura Caldwell, subsequent defendant author in 08 CV 08, Plaintiff mailed the 392-page

Salzburg version of the <u>What If</u> novel in manuscript to Caldwell's literary agent,

Maureen Walters of Curtis Brown Literary Agency, Ltd.

2.    For a second count Plaintiff alleges:  subsequently, a <u>Publishers Weekly</u> fiction

review suggested to Plaintiff that Mira Books' publication of <u>The Good Liar</u> might, in fact,

be an infringement of Plaintiff's copyright for the novel in manuscript <u>What If</u>.

3.    For a third count Plaintiff alleges:  on January 2, 2008, Plaintiff filed a second

Complaint for copyright infringement, 08 CV 08, which alleges Mira Books' publication

of <u>The Good Liar</u> infringes the Salzburg version of Plaintiff's <u>What If</u> novel in manuscript.

4.    For a fourth count Plaintiff alleges:  such Complaint documents Plaintiff's

submission of her <u>What If</u> novel in manuscript to literary agent Maureen Walters.

5.    For a fifth count Plaintiff alleges:  such litigation currently awaits the Court's

scheduled August 26, 2008 ruling on both Motions to Dismiss, filed by defendants Mira

Books and Caldwell and Walters.

CLAIM 4

1.    Plaintiff for a first count Plaintiff alleges:  during continuing weekly readings of

<u>Publishers Weekly</u>, Plaintiff encountered the review of yet another previously

unsuspected infringement of Plaintiff's copyright for the novel in manuscript <u>What If</u>.

2.    For a second count Plaintiff alleges:  such fiction review suggested to Plaintiff

that St. Martin's Press's publication of <u>Love the One You're With</u> might also infringe

Plaintiff's novel in manuscript <u>What If</u>.

3.    For a third count Plaintiff alleges:  on May 30, 2008, Plaintiff filed copyright

infringement Complaint 08 CV 3129.  The Complaint alleges forty seven (47)

infringements of Plaintiff's novel in manuscript <u>What If</u> found within the first eighty four (84) pages of <u>Love the One You're With</u>.  The following actions have been taken:

    a.    On June 3, 2008, without reading the '3129 Complaint, the assigned court issued an order denying Plaintiff's *in forma pauperis*, setting a status hearing for June 17th, and requiring Plaintiff to pay the $350 filing fee by June 24th,

    b.    However, a copy of such order was not mailed to Plaintiff.  Since, in prior case 07 CV 3457 the court's docket had been set to "Do Not Mail," Plaintiff checked the case docket in the Clerk's office and discovered such order,

    c.    On June 17, 2008, Plaintiff attended such status hearing during which:

    (1)    Plaintiff explained to the court exactly why she was unable to pay such filing fee,

    (2)    Plaintiff responded to a protracted discussion of Plaintiff's financial circumstances and speculation as to why Plaintiff might be too poor for *pro bono* representation, and

    (3)    The court "admonishes plaintiff of her legal options."

    d.    Also on June 17, 2008, Borders bookstores inexplicably further cut its sale price for the subject publication, <u>Love the One You're With,</u> from a 30% discount to 40% for Borders' card members.  Plaintiff observed such instruction on Borders' computer at its Oak Park store.   Paradoxical, because at that same time <u>Love the One You're With</u> was enjoying a ranking of no. 5 for its fourth week on <u>Publishers Weekly</u>'s list of best selling hard cover fiction.

    e.    On June 28, 2008, Defendant St. Martin's Press received from Plaintiff a copy of the Complaint in this case, and

   f.      A copy of the 08 CV 3129 case docket printed June 24th is also attached as **Exhibit 50**. It indicates the case was both opened and terminated on May 30, 2008.

4.     For a fourth count Plaintiff alleges:  the June 3, 2008 court order errs in three ways:

   a.      Stating, "It is the **fourth such claim** plaintiff has filed in this court (emphasis added)."  Such "claims" are:

      (1)    07 CV 2047, a complaint for copyright infringement, for which Plaintiff used the last of her savings account to pay the filing fee,

      (2)    07 CV 3457, a complaint for age discrimination against the University of Illinois at Chicago, actually the University of Illinois.  After dismissal of the '3457 Complaint, the University's counsel called Plaintiff to inform her such age discrimination charge is still pending with the State of Illinois Department of Human Rights,

      (3)    08 CV 08, a complaint for copyright infringement, which is still being litigated, and

      (4)    08 CV 3129, the instant complaint for copyright infringement,.

   b.      Characterizing forty seven (47) infringements within eighty four (84) pages as frivolous without reading the Complaint, and

   c.      The presumption that Plaintiff might be able to produce $350 to pay the filing fee required by the June 3rd order.

5.     For a fifth count Plaintiff alleges:  on July 12, 2008, Plaintiff received by mail an additional order from the '3129 court, copy attached as **Exhibit 50**.

PLAINTIFF BECOMES AWARE OF ANOTHER POSSIBLE INFRINGEMENT
OF HER WHAT IF COPYRIGHT BY A SUMMER AFFAIR

## CLAIM 1

1.      Plaintiff for a first count alleges:  once again encountering a <u>Publishers Weekly</u> review which suggests infringement of Plaintiff's <u>What If</u> novel in manuscript.

2.      For a second count Plaintiff alleges:  such April 7, 2008 review, copy attached at **Exhibit 50**, of Little, Brown and Company's publication of the novel <u>A Summer Affair</u> indicated the inclusion of a character said to be "a rock star."

3.      For a third count Plaintiff alleges:  during Plaintiff's two and a half years of reading <u>Publishers Weekly</u>'s fiction and mass market reviews, <u>A Summer Affair</u> was only the second review--out of an estimated 30 reviews per week for 125 weeks, or approximately 3,750 reviews--to mention a rock star.  Case no. 07 CV 2047, aforementioned in Claim 2 above, regarding Warner Books' publication of the novel <u>Spring and Fall,</u> being the only other exception to include a "rock industry star."

4.      For a fourth count Plaintiff alleges:  on July 1, 2008, Plaintiff purchased two copies of Little, Brown and Company's publication of <u>A Summer Affair</u>.  Reading the same twice through for thoroughness and accuracy.

5.      For a fifth count Plaintiff alleges:  even the title, <u>A Summer Affair</u>, is misleading. The titular relationship begins in September, begins "floundering" in June, and ends on August 16th, more than a month short of summer's end.

## DEFENDANTS ACCESS TO PLAINTIFF'S WHAT IF MANUSCRIPT

## CLAIM 1

1.     Plaintiff for a first count alleges:  Plaintiff's above-referenced submission of her
<u>What If</u> novel in manuscript to literary agent Maureen Walters, and further in the 08 CV
08 Complaint currently being litigated.

2.     For a second count Plaintiff alleges:  in a number of instances Defendant author,
Elin Hilderbrand, in her novel <u>A Summer Affair</u> includes a list of close female friends of
the female protagonist, Claire Crispin:

     a.     "[H]er own group of  friends" are presented nine (9) times on pages 5, 7,
51, 52-3, 201, 246-7, 308-9, 387, 392 as:  Julie Jackson, Delaney Kitt, and Amie
Trimble; interwoven into the text as a group consistently in the same order.

     b.     Only in the "Prologue" and on page 201 does Hilderbrand parenthetically
add to such recurrent list of three names, a character bearing the same surname, i.e.,
Caldwell, as the defendant author in '08 Complaint, to whose literary agent Plaintiff had
sent a copy of her <u>What If</u> novel in manuscript:

     c.     The Caldwell surname appears only twice:  in the Prologue on page 5,
copy attached as **Exhibit 50**, after which the author immediately adds the cryptic
observation:  "*One of these things is not like the other,*" and on page 201.

3.     For a third count Plaintiff alleges:  a New Yorker cartoon, included in a <u>Publishers</u>
<u>Weekly</u> advertisement, copy attached as **Exhibit 50**, indicates the manner in which
Plaintiff believes such "content" is acquired.  Plaintiff further alleges that after a careful
review of the alleged infringements contained within the instant Complaint and the two

previous complaints identified above, it appears that such "content" has been parsed to avoid detection of copying.

## COMPARISON OF A SUMMER AFFAIR WITH
## PLAINTIFF'S WHAT IF MANUSCRIPT

### CLAIM 1

1.    Plaintiff for a first count alleges: Defendant Elin Hilderbrand's ironically opens her infringing novel with the following quote attributed to Henry James, copy attached as **Exhibit 50**:

> Three things in human life are important. The first is to be kind.
> The second is to be kind. And the third is to be kind.

### CLAIM 2

1.    Plaintiff for a second count alleges: certain expressions and character and plot development contained in A Summer Affair are actually not products of Defendant Hilderbrand's imagination, but are rather based on material improperly appropriated from Plaintiff's What If novel in manuscript.

2.    For a second count Plaintiff alleges: the following table offers a side-by-side comparison of one hundred and fifty (150) allegedly infringed expressions and character and plot development contained within Defendant Hilderbrand's novel A Summer Affair, juxtaposed to the original expressions and character and plot development contained within Plaintiff's What If novel in manuscript.

    a.    Plaintiff identifies below all such alleged substantially similar takings.

    b.    The page text from both A Summer Affair and What If are limited to the first forty nine (49) such infringements, attached as **Exhibits 1 through 49**. Since

Plaintiff is a paper filer, not an electronic filer, the bulk and cost for Plaintiff would be prohibitive.  Plaintiff's total monthly income is $1,067.

      c.      For the Court's convenience, a complete but altered version with faulty pagination can be found attached to both Motions to Dismiss in 08 CV 08.  For each of the infringed <u>What If</u> expressions cited, Plaintiff has added in parentheses the page number in such alteration.  Such alterations occurred when unknown person(s) unlawfully entered Plaintiff's apartment at least twice and changed 20 of 29 chapters and the table of contents of the Salzburg version of the <u>What If</u> novel stored on Plaintiff's hard drive.

      d.      The remaining text examples of alleged infringements numbered 50 to 150 will be offered during discovery.

| A Summer Affair | The Salzburg version of <u>What If</u> |
|---|---|
| **Ex 1** ". . . working her way around the rosary beads . . .," par. 1, p7. | "The joy of walking to Mass in the sunshine," par. 2, p232 (223). |
| **Ex 2** ". . . Claire had had a problem figuring out where other people ended and she began," par. 2, p9. | "To those who benefit from her kindness, Emily is the most thoughtful person possible.  Perhaps too much so," par. 1, p138 (129). |
| **Ex 3** "Claire was sure he would not remember," par. bridg. p9-10, p10. | "Although Charley has long been a household word, I am not," par. 2, p7. |
| **Ex 4** "She turned and fled for her car," par. 4, 10 | "At the lobby, I lunged from the elevator. ... Nearly running, I stride toward the LaSalle Street doors," par. 2, p8. |
| **Ex 5** ". . . convinced she was pregnant," par. 5, p14. | "I became pregnant," par. 4, p22. |

| | |
|---|---|
| Ex 6 ". . .she decided to keep the baby," par. bridg. P14-15, p15. | ". . . as I said good-bye to the child I gave up for adoption," par. bridg. p235-236, 236 (227). |
| Ex 7 ". . . her high school sweetheart, now one of the biggest rock stars in the world," par. 5, p15. | "I knew him in college.  Now, he's a rock 'n' roll legend," par. 5, p2. |
| Ex 8 ". . . unfinished business.  It hung between them in a way that made Clair feel she owed Lock something," par. 7, p15. | "Where the hell were you?  I went to Sherman Hall to pick you up for our coffee date.  The dorm mother said you weren't there," par. 1, p9. |
| Ex 9 ". . . but Jason didn't believe her.  Didn't believe her!," par. 4, p16. | "'She, of course, didn't believe I knew you,'" par. 1, p32. |
| Ex 10 ". . . dance lessons . . . dance recital" par. 1, p18. | ". . . there had been many dance recitals: tap, ballet acrobatic.  My teacher wanted to send me to New York," par 1, p13. |
| Ex 11 "Claire resented the TV. . . ." par. 5, p20. | "'. . . but I don't have to watch TV . . .," par. 1, p214 (205). |
| Ex 12 "It sent an electric current through her heart; it could have brought her back from the dead,  . . .," par. bridg. P23-24, p24. | "Pretending the contact wasn't electrifying," par 4, p33. |
| Ex 13 ". . . could see all the way up . . . was twinkling . . .," par. 5, p24. | ". . . the Drive's twinkling lights accentuate the feminine curve around Oak Street Beach," par. 1, 284 (275). |
| Ex 14 ". . . music coming from the Bose radio," par. 2, p25. | ". . . I'm embarrassed and Charley is thrilled to hear himself coming out of Auntie's Bose radio," par. 4, p312 (303). |
| Ex 15 "Very strange, Claire thought.  Wine in the office," par. 4, p27. | ". . . Charley's aftershave further provokes adolescent awkwardness . . .   For a business conference," par. 4, 18. |



| | |
|---|---|
| **Ex 16** "It warmed her to the pit of her stomach," par. bridg 27-28, p28. | "My stomach tightens. . . . It relaxes," par. 3-4, p26. |
| **Ex 17** "Max West was a superstar . . .," par. 7, p30. | "Now, he's a rock 'n' roll legend," par. 5, p2. |
| **Ex 18** "He'd been singing . . . since the summer after his and Claire's high school graduation . . .," par. bridg 30-31, p30. | "I knew him in college. Now, he's a rock 'n' roll legend," par. 5, p2. |
| **Ex 19** ". . . when he played the Stone Pony in Asbury Park and an agent heard him . . .," par. bridg 30-31, p31. | "On Friday evening of the third week, a record producer stepped in for a drink," par. 2, p31. |
| **Ex 20** ". . . he was going to . . . California. To record an album," par. bridg 30-31, p31. | "That night led to a record company with national distribution," par.2, p31. |
| **Ex 21** "He had really been a different person . . .," par. bridg 30-31, p31. | "I don't suppose you can think of me as that kid strumming away in the corner of the coffee house," par. 1, p18. |
| **Ex 22** ". . . before he became Max West . . .," par. bridg 30-31, p31. | "That was the night I changed my name. When the record producer said, 'say, kind, what's your name,'" par. 3, 31 |
| **Ex 23** ". . . went double platinum,'" par. bridg 30-31, p31. | "Still holding my hand, Charley smiles at me like he just hit triple platinum," par. 5, p378 (369). |
| **Ex 24** ". . . went into rehab, three times," par. bridg 30-31, p31. | "You've know people like Charley. You know how it s. They fall off the screen. Maybe they land in some small town in Minnesota. And work their way home. Maybe they pitch into a hillside nose first," par. 5, p359 (350). |
| **Ex 25** "We went to high school together," par. 1, p31. | "I knew him in college," par. 5, p2. |

| | |
|---|---|
| **Ex 26** "You didn't believe it?. . . Right. No one ever believed it at first," par. 3, p31. | "In that moment, I accepted that no one would believe," par. 2, p 32. |
| **Ex 27** ". . . he's so famous," par. 1, p32. | "Now, he's a rock 'n' roll legend," par. 5, p2. |
| **Ex 28** "But he wasn't then, . . .. Back then he was just a kid, like the rest of us," par. 2, p32. | "I never thought of him as a person with a childhood.  Parents, grade school, playmates.  Like the rest of us," par. bridg 195-196 (186-187). |
| **Ex 29** "His face was so close she could have kissed him," par. 10, p35. | "I don't dare look at him.  My desire would sweep him into my arms," par. 2 p290 (281). |
| **Ex 30** ". . . backed up a few inches in her chair," par. 10, p35. | "The bentwood chair creaks as I back up in it," par. 5, p57. |
| **Ex 31** "emerge from the cave. . ." par. 1, p45. | ". . . she's allowing me to lick my wounds and emerge from the cave," par. 4, p232 (223). |
| **Ex 32** "He wasn't as handsome. . .," par. 1, 46 | "'Why do you bother?  He's not even handsome,'" par. 8, p252 (243). |
| **Ex 33** ". . . a connection, an energy. . .," par. 1, p46. | "'It has too much energy to shrivel into nothing,'" par. 7, p172 (163). |
| **Ex 34** ". . . somewhere in her DNA. . .," par. bridg 47-48, p48. | "Like the ancestors [Good Bess] stashed in my DNA, I mount the Drake's regal stairway and survey the holiday-dressed lobby," par. 3, p196 (187). |
| **Ex 35** ". . . she liked her life the way it was now," par. 2, p51. | "'I like my life the way it is," par. 5, p171 (162). |
| **Ex 36** ". . . *We're all in the foxhole together, fighting the same war. . .,*" par. 4, 51 | "It's different with women . . ..  At our age we've struggled through the same trenches.  Hammered on the same doors.  Bear similar scars, harbor secret aches, tucked away comparable dreams," par. 3, p98. |

| | |
|---|---|
| Ex 37 "The problem with asking you to cochair is that you're always getting pregnant," par. 4, p59. | "The following April I, too, withdrew. One Friday evening, while I washed dishes, my uncle said no one would hire me as an engineer. Because I'd get pregnant," par. 4, p14. |
| Ex 38 "Daphne was like an unsightly piece of toilet paper that Claire had dragged out of the ladies' room on her high heel," par. 7, p59. | "The other shit just drifted in like toilet paper stuck to my shoe," par. 4, 356 (347). |
| Ex 39 "Claire felt tears prick her eyelids," par 5, p60. | "Tears sting the back of my eyes," par. 3, p310 (301). |
| Ex 40 "Claire was receiving her just deserts," par. 4, p61. | "*Is this, God, just deserts for being the other woman?*" par. 4, p220 (211). |
| Ex 41 "She did not cry . . .," par bridg 64-65, 65. | "Tears I can't cry for myself," par bridg 95-96, p96. |
| Ex 42 "'Everyone needs something meaningful to do,'" par. 6, p65. | "'It's time I grew up. Did something with the life I have left,'" par. bridg 276-277, p277 (268). |
| Ex 43 ". . . making this decision because she wanted to," par. 7, p66. | "For the first time in my life I made a decision because I wanted to," par. 2, p6. |
| Ex 44 ". . . Minneapolis airport. He was on his way to Hazelden for rehab," par. 1, p70. | "You've know people like Charley. You know how it s. They fall off the screen. Maybe they land in some small town in Minnesota. And work their way home. Maybe they pitch into a hillside nose first," par. 5, p359 (350). |
| Ex 45 "'I can't beat it, Claire,'. . .," par. 2, p70. | "I can't, Bonnie. I just can't. You don't know what it's like. Temptation is everywhere," par. 1, p356 (347). |

| | |
|---|---|
| **Ex 46** ". . . in the past twelve years, Matthew had been in three times for alcohol abuse," par 3, p70. | "No one in their right mind would admit him to another inpatient unit," par. 5, p381 (372). |
| **Ex 47** "He had been so cavalier, he had thought himself indestructible," par bridg 70-71, p71. | "'I know bulletproof, Bonnie. For a long time, I believed I was,'" par. 1, p36. |
| **Ex 48** ". . . the night of their youth had been about music," par bridg 70-71, p71. | "Feet astride on the sidewalk, Charley dared us to enter his music," par. 3, p5. |
| **Ex 49** "He sang to their group of friends, to strangers,. . .," par bridg 70-71, p71. | "By mid-October we had to stand to watch him. The press of student bodies would never have met the fire code," par. 2, p11. |
| 50 ". . . the drugs, the alcohol, the girls, the parties, the complete lack of scruples. . .," par 1, p71. | "'I suppose you know all about the drugs, booze, broads. Compromises no sane, sober human being would make,'" par. 1, p33. |
| 51 "It was only October," par. 15, p72. | "Halloween was everywhere," par. 3, p1. |
| 52 ". . . Matthew's agent. . . . the person who'd discovered Matthew at the Stone Pony. ". . .record producers. . . . he offered to put the money up himself to have Matthew record it professionally in New York," par. 1, p73. | "Clancy's was a men's bar, a hard-drinking establishment. With an occasional hard-boiled woman. Pounding on the bar with beer bottles, the older guys shouted, what does a kid know. When they shut up long enough to listen, they did nod. On Friday of the third week, a record producer ducked in for a drink. That night led to a record company with national distribution," par. 2, p31. |
| 53 "Just like that, Matthew shot toward the stars," par. 1, p73. | "Or, was he rubbed raw by rock after rock in his legendary climb," par. 3, p14. |

| 54 ". . . including two wives and one unfortunate mistress. . .," par bridg 73-74, p74. | "'It's pretty tough facing the same disaster for the third time. Did you know it's three times," par. 5, p338 (329). |
| --- | --- |
| 55 ". . . had the distinction of being the first girl, . . . before he was famous," par bridg 73-74, p74. | "But I came near the end of his career. And before the beginning," par. 3, p191 (182). |
| 56 "'Do you know who I work for?'". .," par 7, p76. | "'Why don't you just say it? I don't realize who you are,'" par. 9, p170 (161). |
| 57 ". . . she hadn't had the courage to suggest a night meeting herself; she had merely willed Lock to do it," par 2, p80. | "Am I waiting for Charley to take the initiative, so I can acquiesce," par. 5, p99. |
| 58 "He took off his glasses and rubbed his eyes, as though he was having a dream that was too good to be true," par 2, p81 | "Sheepishly I smile at Charley. I'm too happy to see him," par 1, p72. |
| 59 ". . . she couldn't believe it was actually happening," par. 9, p81. | "I wonder if it really happened. Did I just imagine it," par. 5, p152 (143). |
| 60 "It was sweet and intoxicating," par. 4, p82. | "The kissing is sweet, not urgent," par. 2, p314 (305). |
| 61 "'. . . it dawned on me that I am a lonely man,'" par bridg 83-84, p84. | "I'm a bitter lonely old man because that was my life's goal," par. 1, p63. |
| 62 "Claire could not tell Siobhan. She could not tell anyone," par. 1, p88. | "So far, neither Emily or anyone else knew?" par. 4, p82. |
| 63 ". . . hiring four contract musicians, . . .," par bridg 88-89, p89. | "My agent is looking for a stage band and a practice hall," par. 4, p279 (270). |
| 64 ". . . twenty five years earlier," par bridg 88-89, p89. | "Charley was someone I knew 45 years ago," par. 4, p230 (221). |

| | |
|---|---|
| 65 "He was always at the mercy of his addictions," par 1, p89. | "Only Charley can choose. I'm only here for another hour or so. He has to make his own choices," par. 5, p57. |
| 66 ". . . they lived in Chicago . . .," par 4, p90. | "On one of Chicago's truly last beautiful days of fall . . .," opening paragraph, p1. |
| 67 "Jason had asked Claire to give up her career; . . .," par. 1, p94. | "'We don't know if you need a job,'" par. 3, p288 (279). |
| 68 ". . . long, straight hair . . . the hair was loose, . . . a pretty light brown. . .," par bridg 94-95, p95. | "Unconsciously she flips a light brown tress over her slender shoulder," par. 2, p187 (178). |
| 69 ". . . on a Wednesday in October," par bridg 96-97, p97. | "'In October. October 12th to be exact," par. 9, p208 (199). (VI) October 12, 2004, the day the novel began, was a Wednesday. |
| 70 "Isabelle tucked her long hair behind one ear, then tossed the ends over her shoulder," par. 2, p97. | "Unconsciously she flips a light brown tress over her slender shoulder," par. 2, p187 (178). |
| 71 ". . . the biggest cross-generational rock star in the whole world," par. 7, p97. | "Now, he's a rock 'n' roll legend," par. 5, p2. |
| 72 "'Max West is a rock star,'" par 12, p99. | "Now, he's a rock 'n' roll legend," par. 5, p2. |
| 73 "She did the tucking-and-tossing thing with her hair again," par bridg 104-105, 105 | "Unconsciously she flips a light brown tress over her slender shoulder," par. 2, p187 (178). |
| 74 ". . . she was going to have to take this step of her own free will. The decision was hers," par bridg 113-114, p114. | "From this moment on I will decide what I want. I will say what I want," par. 3, p101. |
| 75 "His wife, Bess, . . . California, . . .," par 1, p140. | "I'm catching a plane back to L.A.," par. 2, p26. |

| | |
|---|---|
| 76 ". . . a substance-abuse counselor at the place in Pennsylvania. . . between stints at Hazelden. She had not wanted to marry a rock star, . . .," par 1, p140. | "'I used to be an Addictions Counselor [official title for substance abuse counselors]," par. 3, p25. |
| 77 ". . . she had been undone by her desire to save him," par. 1, p140. | *"Bonnie, Bonnie! How could you have gotten it so wrong,"* par. 6, p244 (235). |
| 78". . . if he was indeed drinking. . . then she was finished with him," par. 1, p140. | "'I thought I loved her. I even got sober for her,'" par. 3, p305 (296). |
| 79 "Detox didn't help, twenty-eight days didn't help. . .," par. 1, p140. | "You've know people like Charley. You know how it s. They fall off the screen. Maybe they land in some small town in Minnesota. And work their way home. Maybe they pitch into a hillside nose first," par. 5, p359 (350). |
| 80 ". . . which she suspected had been caused in childhood by his father's desertion," par 1, p140. | "'I felt such kindness as a child. But then, I wasn't nearly powerful enough to make the people in my life what I wanted them to be,'" par. 7, p46. |
| 81 "The nice thing about Bess was that she wouldn't take Matthew's money. She didn't want money," par 2, 140 | "What can you possibly see in him besides his money? Which I know you don't care about. Otherwise you'd still have your last job," par. 8, p252 (243). |
| 82 ". . . a baby genetically predisposed to drinking gin," par bridg 140-141, p141. | "'I hope my example will help heal the damage. And stay my grandchildren's feet from the path genetics may have blazed,'" par. 6, p35. |

| 83 "Her priorities were straight, and drinking, drugs, and rock and roll were all at the bottom of the list," par bridg 140-141, p141. | "'I've learned, Bonnie, you're more important than being right.' 'More than sex, drugs and rock 'n' roll, Charley? 'Way more,'" par. 6 and 7, p 379 (370) and par. 1, p380 (371). |
|---|---|
| 84 "He had brown eyes," par. 1, p141. | "His eyes are as brown as a tae kwon do belt," par. 2, p3. . |
| 85 "He would die alone, the unintentional victim of his own hand, just like Hendrix, Morrison, Joplin," par. 2, p142. | "Glancing at his profile, I wonder, why Charley didn't self-destruct like Jimi Hendrix, Janis Joplin, Jim Morrison," par. 3, p38. |
| 86 "Addictions were an occupational hazard. . .," par 2, p142. | "Charley was blind to the strings attached to his future," par. 2, p82. |
| 87 ". . . his childhood had been fine," par bridg 142-143 p143. | "It wasn't my parents," par. 4, p126 (117). |
| 88 "He wrote songs, he sang, he played the guitar," par bridg 142-143 p143. | "Assaulting the strings, he sang words incomprehensible to us," par. 3, p5. |
| 89 ". . . a deep-seated unhappiness," par 1, p143. | "What could possibly have prompted this gloom of night? Where did the face filled with tranquility, approval, affection take Charley. Wherever, it wasn't much fun," par. 6, p49. |
| 90 ". . . she was going to be . . . a wife, a mother," par bridg 143-144 p144. | "I was expected to marry, have a family and be devoted to my husband," par. 2, p82. |
| 91 "He immersed himself in work. He loved his job," par. 2, p145. | "I love the work. I'm lucky to be able to do something I'm good at," par. 4, p179 (170). |
| 92 "Lock's circles were wide enough now to include people like this;. . .," par bridg 145-146, p146. | "My friends are corporate executives and telemarketers," par. 1, p75. |
| 93 "'. . . *Back when he was just a kid, like the rest of us,*'" par 1, p147. | "Charley was just another kid starting college," par. 3, p6. |



| | |
|---|---|
| 94 "But watching Claire, whole parts of him were suddenly alive with possibility," par. 2, p147. | "His energy penetrates. Awakening parts I'd forgotten were there," par. 3, p7. |
| 95 "Spending the rest of your life sponging countertops," par. 2, p148. | "I blink to banish stock-still anguish. Pain penetrates the sponge with which I was cleaning the counter top," par. 3, p328 (319). |
| 96 ". . . she loved being back at work. She was fire up again . . .," par. 4, 148. | "'I love the work. I'm lucky to be able to do something I'm good at," par. 4, p179 (170). |
| 97 "Five empty, nearly unbearable days. He was distracted at work,. . .," par. 7, p149. | "The job I love is a distraction," par. 1, 224 (215). |
| 98 "The day was very bright and cold," par 1, p153. | "For December 5th, Sunday is glorious. Forties, clear, bright and fairly calm," par. 6, p152 (143). |
| 99 "Well, here he was. Surprise!," par 2, p153. | "Surprise, Bonnie. . . . 'I'm in your lobby, Bonnie,'" Chapter title p135 (126) and par. 6, p139 (130). |
| 100 "I shouldn't have stormed off," par. 2, p158. | "The lunch at Elephant and Castle is an embarrassment. I can't believe I acted so childishly," par. 3, p183 (174). |
| 101 ". . . Lincoln Park in Chicago," par 5, p170. | "I had moved from Lincoln Park to Phoenix to be with my children," par. bridg 271-272, p272 (263). |
| 102 ". . . a job . . . an accounting firm in Chicago, . . .," par. 1, p172. | "'I'd worked there when it was the world headquarters of Arthur Andersen & Co.," par. 4, p31. |
| 103 ". . . playing on the Bose radio," par 2, p174. | ". . . I'm embarrassed and Charley is thrilled to hear himself coming out of Auntie's Bose radio," par. 4, p312 (303). |

| | |
|---|---|
| 104 "What she experienced with Jason was exercise, . . .," par. 3, p191. | "'Sex is an expression of commitment, not accumulated energy,'" par. 4, p182 (173). |
| 105 ". . . all Claire's friends would be there, the people in her foxhole," par. 2, p197. | "I love the women at the Thursday Night dinners.  Although there's no attraction, I'd go out in the middle of this afternoon's rain, sleet and snow, if one of them were in a bad spot," par. 4, p98. |
| 106 "I'm drinking again," par 3, p220. | "'I relapsed, Bonnie,'" par. 1, p354 (345). |
| 107 "'I started drinking in the airplane bathroom before we even left LAX, and basically never stopped,'" par. 5, 220. | "'It all started on the way home from the airport.  I cracked a Rolling Rock in the backseat,'" par. 3, p356 (347). |
| 108 "'I'm giving her three million dollars, even though she claims she doesn't want it," par 3, 221 | "What can you possibly see in him besides his money?  Which I know you don't care about.  Otherwise you'd still have your last job,'" par. 8, p252 (243). |
| 109 "'I can't live in it . . . so we're selling it,'" par. 3, p221. | "'Neither of us wants the house,'" par. 7, p278 (269) . . . 'We've signed a listing agreement to sell the house,'" and par. 2, p279 (270). |
| 110 "This is the bottom,'" par. 5, p221. | "'While you still have money in the bank, go to the bottom.  Before your addiction takes you there,'" par. 7, p356 (247). |
| 111 "'You have to stop. . .,'" par. 10, p221. | "'No, Charley.  You don't want to stay sober. It's just easier to blame me,'" par. 5, p354 (345). |
| 112 "'I can't stop,'" par 11, p221. | "I can't, Bonnie, I just can't,'" par. 1, p356 (347). |
| 113 "'But you're a big star, . . . Nobody gets mad at you,'" par 4, p223. | "'That's the agreement, Charley.  If they don't notice, they get to be in your life,'" par. 5, p157 (148). |

| 114 "'You have to stop drinking,' . . .," par. 2, p224. | "'No, Charley. You don't want to stay sober. It's just easier to blame me,'" par. 5, p354 (345). |
| --- | --- |
| 115 ". . . some of whom waved at Heather . . . but Heather did not introduce Lock or Daphne to anyone," par bridg 224-225, p225. | "Although several people smile at him. There are no introductions," par. 4, p348 (339). |
| 116 ". . . he would do his best to contain his feelings for Claire. He would put them in a box. . .," par. 4, p227. | "My breaking heart is on a shelf. The same one which carried unemployment while I was on retreat. The shelf is just the right size to handle such things," par. 3, p312 (303). |
| 117 ". . . just putting his head down and enduring," par. 1, 228 | "Maybe there's something to be gained from patient endurance," par. 4, p192 (183). |
| 118 ". . . absorbed into the sponge of their life together," par. 1, p240. | "I blink to banish stock-still anguish. Pain penetrates the sponge with which I was cleaning the counter top," par. 3, p328 (319). |
| 119 ". . . she would take him prince or pauper. . .," par 5, p249. | "I mean care as in it wouldn't matter if I were a rock star or a plumber," par. 4, p173 (164). |
| 120 ". . . 'Oh, Max, I don't want your money," par 1, p251. | "What can you possibly see in him besides his money? Which I know you don't care about. Otherwise you'd still have your last job," par. 8, p252 (243). |
| 121 "She was rejecting him, Max West, alcoholic, drug addict," par. 9, p251. | "He's just been rejected for something his wife claimed she wanted," par. 2, p280 (171). |
| 122 "The divorce papers came in the mail," par 10, p251. | "'Christine renewed her filing last week. I was served at the office,'" par. 7, p278 (269). |

| | |
|---|---|
| 123 "He had, at last count, 122 guitars, . . ., " par. 1, p253. | "How many pairs of boots do I need?  I have five or ten times that number,'" par. bridg 72-73. |
| 124 ". . . she had been there in the beginning," par bridg 254-255, p255. | "'But I came near the end of his career.  And before the beginning," par. 3, p191 (182). |
| 125 ". . . his first wife, Stacey, his second wife, Bess, and Savannah in between," par bridg 254-255, p255. | "'It's pretty tough facing the same disaster for the third time.  Did you know it's three times," par. 5, p338 (329). |
| 126 ". . . two dry sponges," par 5, 258 | "Sponge up the emptiness," par. 3, p231 (222). |
| 127 "'*My palate is positively offended by it*," par. 5, p264. | "'We can't keep going to the Mexican restaurant, Bonnie.  I have a somewhat more varied palate,'" par. 3, p301 (292). |
| 128 ". . . music on the Bose radio," par 3, p267. | ". . . I'm embarrassed and Charley is thrilled to hear himself coming out of Auntie's Bose radio," par. 4, p312 (303). |
| 129 ". . . she fussed with the napkin in her lap as if it was a bird she was trying to calm," par. 3, p280. | "Helplessly my hands fluttered," par. 6, p118 (109). |
| 130 ". . . the delivery person with an armload of calla lilies, and knew they were from Edward," par bridg 284-285, p285. | ". . . a green floral box on the beige foyer carpeting and inside nestle white orchids.  Each stem wearing a green slipper . . . There's only one person in my life with the wealth and temerity to make such an apology," par. 2, p80 and par. 3, p81. |
| 131 "You didn't feel the way about me that I felt about you, . . .," par 5, p285. | "'You really do care about me, don't you, Bonnie,'" par. 4, p173 (164). |
| 132 ". . . drinking, or carousing with seventeen-year-olds to take his mind off Bess," par. 8, p291. | "If I hadn't been so desperate to avoid my life, much of it would never have happened,'" par. 4, p126 (117). |

| 133 ". . . the Bose radio," par 6, p341. | ". . . I'm embarrassed and Charley is thrilled to hear himself coming out of Auntie's Bose radio," par. 4, p312 (303). |
|---|---|
| 134 ". . . *find you some much-needed help*," par bridg 345-346, p346. | "'Did you try going to an AA meeting?' Because I once cared, I try to be practical," par. 7 354 (345). |
| 135 ". . . *I never want this feeling to end*," par. 1, p355. | "'. . . the intoxication of the crowds will dazzle many,'" par. 6, p281 (272). |
| 136 ". . . he did keep alcohol on the plane for emergencies such as this one," par. 4, p356. | "As Charley's limousine approached the Los Angeles airport . . . The wooden bar with sterling silver fittings is stocked with Dewar's, Pinot Chardonnay, Rolling Rock," par. 4, p351 (342). |
| 137 ". . . there was a crowd of fans, waiting, screaming, and waving signs,. . .," par 5, p357. | "'And I've been blessed with a faithful following. Fans who fly to other cities to hear me perform,'" par. 1, p33. |
| 138 ". . . she talked and he gawked," par. 7, p357. | "'I appreciate that you've allowed me to gawk,'" par. 5, p349 (340). |
| 139 ". . . his first time at Hazelden," par bridg 357-358, p358. | "You've know people like Charley. You know how it s. They fall off the screen. Maybe they land in some small town in Minnesota. And work their way home. Maybe they pitch into a hillside nose first," par. 5, p359 (350). |
| 140 "What he needed was someone to keep him on the straight and narrow," par 7, p358. | "'If you had been there, Bonnie, when I went to Sherman Hall, it would all have been different,'" par. 2, p51. |
| 141 ". . . when he got anxious, he got thirsty. He needed a drink," par. 6, p359. | "'When I got back to the fraternity house I drank until I threw up. Then until I passed out or blacked out,'" par. 6, p18. |

| 142 ". . . his assistant, Ashland, . . .," par. 1, p360. | "'Isn't Jennifer such a nice girl . . . She does odd jobs for me and some others," par. 7, p345 (336). |
|---|---|
| 143 ". . .she operated on zero tolerance and she would ask him to leave.," par. 2, 363 | "'Don't call me again, Charley. I can't afford to have such self-destructive people in my life,'" par. 2, p357 (348). |
| 144 "He was a rock star and the world was his oyster," par 4, p363. | "'You're on top of the world, Charley,'" par. 4, p355 (346). |
| 145 "He was used to instant gratification. . .," par. 4, p363. | "How have 40 years of instant gratification tainted his expectations,," par. bridg 74-75, p75. |
| 146 "Well, he had waited twenty years for Claire," par 5, p363. | "'Okay, but no later. I'm tired of waiting for you. Forty five years was too long,'" par. 1, p69. |
| 147 "You need someone, but that someone isn't me," par. 11, p365. | "'I don't know, Charley. I don't want to. I don't need to. Maybe you need to talk to someone who will understand,'" par. 5, p63. |
| 148 ". . .he became a rock icon," par. 1, p366. | "Now, he's a rock 'n' roll legend," par. 5, p2. |
| 149 "*He had served as her savior*," par. 1, p395. | "Ignoring his attempt to rescue me. . . .," par. 2, p30. |
| 150 ". . .he didn't forget words or lose the melody," par 1, p401. | "He cried, staggered, forgot lyrics and was barely conscious," par. 3, p33. |

VIII

After May 13, 2008 and continuously since about May 13, 2008, Defendant Little, Brown and Company has been publishing, selling, and otherwise marketing the book entitled A Summer Affair and has thereby been engaged in unfair trade practices and

- 25 -

unfair competition against the Plaintiff to the Plaintiff's irreparable damage, which

cannot be adequately calculated or compensated in money damages.

IX

There is substantial likelihood that the Plaintiff will succeed on the merits of this

action.

WHEREFORE, Plaintiff requests that:

1.  Defendants Little, Brown and Company, publisher, and Emily Hilderbrand,

author, their agents and servants be enjoined during pendency of this action and

permanently from infringing the aforementioned copyright of Plaintiff in any manner, and

from publishing, selling, marketing, or otherwise disposing of any copies of the book

entitled A Summer Affair.

2.  Defendants be required to pay to the Plaintiff such damages as the Plaintiff has

sustained in consequence of Defendants' infringement of Plaintiff's copyright and

Defendants' unfair trade practices and unfair competition, and to account for

a.   All gains, profits, and advantages derived by Defendants through such

trade practices and unfair competition; and

b.   All gains, profits, and advantages derived by Defendants through their

infringement of Plaintiff's copyright, or such damages as to the Court shall appear

proper within the provisions of the copyright statutes but no less than three hundred and

fifty dollars ($350).

3.  Defendants be required to deliver to be impounded during the pendency of this

action all copies of the book A Summer Affair in their possession or under their control,

and to deliver up for destruction all infringing copies and all plates, molds, and other matter for making such infringing copies.

4.    Defendants pay to Plaintiff the costs of the action and reasonable attorney's fees to be allowed Plaintiff by the Court.

5.    Plaintiff has such other and further relief as is just.

Dated:  July 16, 2008

Grace Jo P. O'Leary, *pro se*
Post Office Box 3154
Oak Park, Illinois  60303-3154
708.660.9317

## INDEX

Infringement No. 1, Exhibit 1

Infringement No. 2, Exhibit 2

Infringement No. 3, Exhibit 3

Infringement No. 4, Exhibit 4

Infringement No. 5, Exhibit 5

Infringement No. 6, Exhibit 6

Infringement No. 7, Exhibit 7

Infringement No. 8, Exhibit 8

Infringement No. 9, Exhibit 9

Infringement No. 10, Exhibit 10

Infringement No. 11, Exhibit 11

Infringement No. 12, Exhibit 12

Infringement No. 13, Exhibit 13

Infringement No. 14, Exhibit 14

Infringement No. 15, Exhibit 15

Infringement No. 16, Exhibit 16

Infringement No. 17, Exhibit 17

Infringement No. 18, Exhibit 18

Infringement No. 19, Exhibit 19

Infringement No. 20, Exhibit 20

Infringement No. 21, Exhibit 21

Infringement No. 22, Exhibit 22

Infringement No. 23, Exhibit 23

Infringement No. 24, Exhibit 24

Infringement No. 25, Exhibit 25

Infringement No. 26, Exhibit 26

Infringement No. 27, Exhibit 27

Infringement No. 28, Exhibit 28

Infringement No. 29, Exhibit 29

Infringement No. 30, Exhibit 30

Infringement No. 31, Exhibit 31

Infringement No. 32, Exhibit 32

Infringement No. 33, Exhibit 33

Infringement No. 34, Exhibit 34

Infringement No. 35, Exhibit 35

Infringement No. 36, Exhibit 36

Infringement No. 37, Exhibit 37

Infringement No. 38, Exhibit 38

Infringement No. 39, Exhibit 39

Infringement No. 40, Exhibit 40

Infringement No. 41, Exhibit 41

Infringement No. 42, Exhibit 42

Infringement No. 43, Exhibit 43

Infringement No. 44, Exhibit 44

Infringement No. 45, Exhibit 45

Infringement No. 46, Exhibit 46

Infringement No. 47, Exhibit 47

Infringement No. 48 Exhibit 48

Infringement No. 49, Exhibit 49

Exhibit 50

Copyright Registration for the Novel <u>What If</u>

Case Docket for 08 CV 3129

July 7, 2008 Court Order in 08 CV 3129
Received July 12, 2008

<u>Publishers Weekly</u> April 7, 2008 Review of
<u>A Summer Affair</u>

<u>A Summer Affair</u> Prologue Page 5

New Yorker Cartoon Featured in Publishers Weekly Advertisement

"Dedication" Page of <u>A Summer Affair</u>

Infringement No. 1, Exhibit 1

with summer homes and it was the middle of March. No one was around. Daphne was pinned in the car, unconscious. The person who found her, finally, was her husband, Lock Dixon. After calling her cell phone forty times and getting no answer, he left their ten-year-old daughter, Heather, asleep in the house and set out to find his wife. She was two hundred yards shy of the driveway.

Claire cried; she prayed, working her way around the rosary beads while her children watched *Sesame Street.* She went to church with all three children in need of a nap and lit four candles—one for Daphne, one for Lock, one for the daughter, Heather, and one, inexplicably, for herself.

"It's our fault," Claire whispered over the phone to Siobhan.

"No, baby, it's not," Siobhan said. "Daphne is a grown woman, capable of making her own decisions. We told her to get in the bloody cab, and she refused. Say it with me: *She refused.*"

"She refused."

"We did what we could," Siobhan said. "We did our best."

Tense hours spun into tense days. Claire's phone rang off the hook. It was Julie Jackson, Amie Trimble, Delaney Kitt, all witnesses.

"I can't believe it," Julie Jackson said.

"I know," Claire said, her heart pounding, the guilt rising in her throat like bile.

"She was so drunk," Julie said.

"I know."

"And then she drove," Julie said.

"I should have made her get in the cab," Claire said.

"Mmmmmm," Julie said.

"I feel horrible."

There was a long pause, during which Claire could feel pity rather than a sense of shared culpability.

"Are you going to . . . I don't know, set up meals or anything?" Julie asked.

"Should I?" Claire said. This was what they did when some-

It's simple.  I've lost my gratitude.  I'm so busy looking
at the hole, I've completely missed the treasures stacked up all
around it.

I forgot the brilliance of my granddaughter's eye.  The
chatter of my ten-year-old grandson, demanding my attention.  The
breadth and depth of his comprehension and understanding.  I
forgot sharing lunchroom meals with Valerie.  The love and warmth
circulating each Thursday night at the pushed-together tables.
The joy of walking to Mass in the sunshine.  The pleasure of a
shower.  The challenge of a cease-and-desist letter.  The
satisfaction of an occasional client thank-you.

Finally, it's time to call Emily and schedule her birthday
dinner.  It passed with just a card in the mail.  No gift.  No
phone call.  If she wonders to where I've disappeared, she hasn't
said.

I think, as is her bent, she's allowing me to lick my wounds
and emerge from the cave.  Well, I have.  I'm ready to stand in
the entrance and roar.  I've let go of what can't be.  I've
accepted what is.  Today I'm willing to rejoin my life already in
progress.

Wherever I'm going, there will be people who want to spend
time with me.  Even if Charley made a different choice.  Even if
I'll never again be a woman pregnant on every form of
contraception.  I've risen from the dead.  It feels as real as

Infringement No. 2, Exhibit 2

Claire had failed to exercise the common sense needed to keep
Daphne safe. A sin of omission, perhaps, but a sin just the same.
*It will never come out.*

When Daphne came home from the hospital, Claire filled a basket
with homemade clam chowder and chicken salad and two novels
and a jazz CD and some scented soaps. Something was wrong with
Daphne mentally, that was the rumor, but no one knew what ex-
actly. Claire sat in the car outside the Dixons' monstrous summer
home for a long time before she summoned the courage to take
the basket of goodies to the front door. She was propelled forward
by guilt and held back by fear. If Daphne opened the door, what
would Claire say?

  She knocked timidly, feeling like Little Red Riding Hood with
her basket; then she chastised herself. She was being ridiculous!
Siobhan liked to point out how ironic it was that Claire was
named Claire, or "clear"—because Claire was blurry. *No boundar-*
*ies!* Siobhan would shout. All her life, Claire had had a problem
figuring out where other people ended and she began. All her life,
she'd taken on the world's hurt; she held herself responsible. But
why?

  Footsteps approached. Claire stopped breathing. The door
opened, and Claire found herself face-to-face with Lock Dixon.
He was, as everyone knew, a terrifically wealthy man, a billion-
aire, though it was now rumored he would sell his superconductor
business in Boston. It was rumored that he was going to live here
on Nantucket full-time and take care of things until Daphne was
herself again.

  "Hi," Claire said, and she felt her cheeks bloom. She thrust the
basket at Lock, and they both peered in at its jumble of contents.
Soup, soap—Claire didn't know what Daphne would want or
need, but she had to bring something. Claire knew Lock Dixon
casually; they had had the conversation about glassblowing, about
Claire's hot shop out behind her house. But would he remember?

2

received a verbal warning for refusing to help another secretary.
A written warning for going through another secretary's desk
after hours.  After the written warning she threatened to hire an
attorney.  This time she threatened a fellow employee with
violence.  It's the second time we've anticipated, exactly, the
procedure emailed to her by Human Resources.

Emily is a beautiful woman.  Her silver and steel gray hair
is short and soft.  She doesn't wear clothes so much as she
drapes them to disguise her gender.  Not her weight.  Her
contours are spare.  Though like most of us she struggles with
the scale.  Except to those who love her, she seems all business.
To those who benefit from her kindness, Emily is the most
thoughtful person possible.  Perhaps too much so.

On Wednesday evening, we lost track of time.  We'd hoped to
be done by ten.  She recorded the session to share the interview
with HR for correction and improvement.

At eleven we're nearing the exit interview with the
secretary, Emily and a human resources representative.  The
boredom is unbearable.  During the documentation stage, I've
paced between her maple dining room table and the candy dish.  A
pile of empty kiss wrappers hug my placemat.  Emily announces I'm
learning endurance.  I'm not impressed.

As I finish my nightly reading of Grace For the Moment[10] and
turn off the lamp, I realize we had a good time.  We were giddy.

Infringement No. 3, Exhibit 3

Claire was sure he would not remember. She was not memorable; she was frequently mistaken for every other redhead on Nantucket. "This is for Daphne."

"Oh," he said. His voice was husky, as if he hadn't used it for days. He looked older to her, balder and heavier. "Thank you."

"I'm Claire Danner," she said. "Crispin."

"Yes," he said. "I know who you are." He didn't smile or say anything further, and Claire realized that this was what she had been afraid of. It hadn't been Daphne at all, but Lock. He knew about the margarita and the other ways that Claire had failed his wife, and he blamed her. His eyes accused her.

"I'm sorry," Claire said. There was a funny smell coming from the basket—the clams gone bad, the chicken salad rancid. Claire was mortified. She should say something else—*I hope Daphne feels better. Please give her my best.* But no, she couldn't. She turned, fled for her car.

to explain to the dorm mother.  Fearful of social approbation, I didn't want my appearance to be misconstrued.

Reluctantly I rose.  Among 30,000 students, I wondered if I'd ever see or hear him again.

Instantly I regret my transparent face.  Although Charley has long been a household word, I am not.  What can he be thinking?  He can't know the number of times I've repeated our ill-fated meetings.  Each time I hear his songs, they're the greeting of an old friend.

His energy penetrates.  Awakening parts I'd forgotten were there.  Flustered and embarrassed, like an adolescent I drop my eyes.  When I finally get over myself, Charley's expression is quizzical.  In his own reverie, he comes up with something. Silently he mouths a name.

*Can it be Bonnie Lancaster?  What? Are you mad?*

Around him the three suits turn to the unspoken.  "Something wrong," the silver-haired banker, too polished to breathe, asks Charley.

"Uh, no."  Charley continues to hold my gaze.

Awkwardly I turn to attend the rolling descent of floors above the doors.  Approximately 30 seconds to decide.

**3**

Infringement No. 4, Exhibit 4

Claire was sure he would not remember. She was not memorable; she was frequently mistaken for every other redhead on Nantucket. "This is for Daphne."

"Oh," he said. His voice was husky, as if he hadn't used it for days. He looked older to her, balder and heavier. "Thank you."

"I'm Claire Danner," she said. "Crispin."

"Yes," he said. "I know who you are." He didn't smile or say anything further, and Claire realized that this was what she had been afraid of. It hadn't been Daphne at all, but Lock. He knew about the margarita and the other ways that Claire had failed his wife, and he blamed her. His eyes accused her.

"I'm sorry," Claire said. There was a funny smell coming from the basket—the clams gone bad, the chicken salad rancid. Claire was mortified. She should say something else—*I hope Daphne feels better. Please give her my best.* But no, she couldn't. She turned, fled for her car.

Has Charley just purchased something?  An interest in a sports team?  A music-related company?  Is he producing a Chicago-based movie?  Fear crowds out curiosity.

At the lobby, I lunge from the elevator.  Anxious to flee what I feel woefully inept to confront.  For decades I've imagined his life in Los Angeles.  A city which 28 years ago I decided would never be home for me.

Nearly running, I stride toward the building's La Salle Street doors.

From behind comes a command.  "Bonnie, please wait."

I stop cold.  Charley does remember my name.  I don't dare turn around.  I'm paralyzed by disbelief and something I can't quite identify.  Perhaps don't want to.  I have a sane and happy life.  Boring perhaps, but sane and happy.

Charley steps between me and the exit to my little life. Where there are no big deals.  Predictable perhaps, but incredibly less painful.

Fear steals my breath.  Charley has never done anything simple or easy.  Notorious is his ferocity.  Friend or foe.  I'd would be a picnic in a hurricane.  Raging 140 miles-an-hour winds, then the sudden tranquility of the eye.  Then torrential rain blotting out everything.

ganization. "Graciously," because Lock Dixon was so wealthy he
never had to work again. Claire had joined the board of directors
of Nantucket's Children right before she became pregnant with
Zack, but because of her fall in the hot shop and Zack's premature
birth and all the complications thereof, she had been little more
than a name on the letterhead. Still, it was the charity, now, that
connected them.

But there was an invisible thread, too: the unspoken accusa-
tion about Daphne's accident. Did Lock want to revisit the night
of the accident now, years later? Claire fretted. She buttoned her
cardigan wrong; she nearly locked her keys in the car in the yacht
club parking lot.

And yet, once Claire and Lock were seated, overlooking the
trim yacht club lawn and the blue harbor beyond, it was he who
seemed nervous, worked up, agitated. He wiggled in his wrought
iron chair; he fussed over what Claire might order from the menu.
("Get anything you want," Lock said. "Get the lobster salad.
Anything.") After their orders were placed and small talk was
exhausted, there was a dramatic pause in the conversation, a
making way, a throat clearing. Claire nearly laughed; she felt like
she was being proposed to.

Would she consider chairing the Nantucket's Children Summer
Gala the following August?

Claire filled with relief. It felt like laughing gas; it felt like she
might levitate. It felt like the invisible thread had been snipped,
cut: she was free from the awful weight that attended her con-
nection with Lock Dixon. Was it okay, then, to imagine that the
accusation she had seen in his eyes years earlier had been nothing
more than a figment of her imagination?

She was so caught up in wondering that she didn't respond. In
truth, it would be fair to say she hadn't even heard the question. It
was like the time she fainted during track practice, when she was
seventeen, and she became convinced that she was pregnant. She
was dead certain; she had Matthew ready to sell his guitar so they

About 30 of us sorted mail.  It arrived daily in fully
loaded semi-trailers.  It was the worst job I've ever had.  Like
attending a wake eight hours a day, five days a week.  My own
circumstances were depressing enough."

"There's much more to this story, isn't there, Bonnie?"
Charley seems adept at directing conversations toward his own
goals.

"Much more.  The prior spring, my son and I lived in a one-
bedroom, third-floor walk-up in an Arlington, Virginia housing
project.  Probably built after World War I.  The government must
recycle its blueprints.  I've seen the same housing project
replicated in a number of cities.

"A drunk and unemployed, twenty-year-old neighbor raped me.
I became pregnant.  In the fall I applied for confinement in the
Florence Crittendon Home for Unwed Mothers in the District.
Instead of shelter, they sent me home with another pregnant girl
and her toddler son.  Replenishing the universe, I suppose, for
the department manager in Des Moines."

The shame of 1963 drives my eyes back to the pristine
tabletop.  I fiddle with the gold chains which have crossed over
the watchband of my Gruen Curvex.  "Father learned of the
pregnancy because I refused my uncle's invitation.

"When I declined dinner at the Mayflower Hotel, my uncle
asked if he would know why if he saw me.  My answer was barely

*5*

Infringement No. 6, Exhibit 6

could pay for an abortion, but she cried herself to sleep, worried that she was going to burn in hell, and she decided to keep the baby. Her mother would raise it while Claire went to college . . .

When Claire went to the doctor, he said, *You're not pregnant. The problem is that you have anemia.*

*Anemia!* She had shouted the word with glee.

"Chairing?" she said now.

"It's a lot of work, but probably not as much as you think. You'll have a cochair. I know you're busy, but . . ."

Yes, three children and a baby and a glassblowing business put on hold for the foreseeable future so she could focus on her family. She was not the right person to ask. Not this year. Maybe down the road, when she had her head above water. Then it dawned on Claire why he was asking her: The summer gala was a *concert.* Lock was coming to her because they wanted Matthew to perform. Max West, her high school sweetheart, now one of the biggest rock stars in the world.

Claire took in some of the rarefied yacht club air. There were a million thoughts zipping through her mind: Jason would kill her. Siobhan would laugh and call her a pushover (*No Boundaries!*). Margarita, no salt. *It will never come out.* Would Matthew do it if she asked? She hadn't spoken to him in years. He might, he just might. Anemia! Nantucket's Children was a good cause. The best cause.

Trumping all those thoughts was this: Lock Dixon was the one person Claire could not say no to. What had happened the night of Daphne's accident hung in the air between them, unfinished business. It hung between them in a way that made Claire feel she owed Lock something.

"Yes," Claire said. "I'd love to. Really, I'd be honored."

Even though she had four children to raise? Even though she hadn't blown out so much as a single goblet since Zack was born?

"Really?" Lock said. He sounded surprised.

"Absolutely," she said.

little Alexandria house, while I worked for Jacqueline Kennedy.

I needed someone strong enough to hold my hand <u>as I said good-bye</u>

<u>to the child I gave up for adoption</u>."

In blue coveralls, a toddler shows off his new-found skill

to adoring grandparents.

"But it was painful, Bonnie.  We could all see it on your

face.  We didn't know what was going on, you didn't say anything.

We didn't know how to help.  Why did you have to expose yourself

to all that?  Knowing you could get hurt?  And you did."  On the

paper placemat Emily's hands remain tightly closed.

"I wouldn't be the same, Em, if I hadn't danced with him.

He changed my life.  Changed me."  My hands no longer lie

helplessly in my lap.  "If Charley and I had not tried, I'd have

returned to the person I was after he left school.  I knew I was

much stronger than that.

"The reason we take risks, Em, is because we think we might

get something worth more than the loss if we don't.  I had to go

there to learn what I know."

"Yes, but was it worth it?"  Em's face has softened, but is

still cautious.

"I think so.  Perhaps no one else going through the same

experience would come to the same conclusion.  But I'm grateful

for the time I spent with Charley.  I wish him well with

Infringement No. 7, Exhibit 7

could pay for an abortion, but she cried herself to sleep, worried that she was going to burn in hell, and she decided to keep the baby. Her mother would raise it while Claire went to college . . .

When Claire went to the doctor, he said, *You're not pregnant. The problem is that you have anemia.*

*Anemia!* She had shouted the word with glee.

"Chairing?" she said now.

"It's a lot of work, but probably not as much as you think. You'll have a cochair. I know you're busy, but . . ."

Yes, three children and a baby and a glassblowing business put on hold for the foreseeable future so she could focus on her family. She was not the right person to ask. Not this year. Maybe down the road, when she had her head above water. Then it dawned on Claire why he was asking her: The summer gala was a *concert.* Lock was coming to her because they wanted Matthew to perform. Max West, her high school sweetheart, now one of the biggest rock stars in the world.

Claire took in some of the rarefied yacht club air. There were a million thoughts zipping through her mind: Jason would kill her. Siobhan would laugh and call her a pushover (*No Boundaries!*). Margarita, no salt. *It will never come out.* Would Matthew do it if she asked? She hadn't spoken to him in years. He might, he just might. *Anemia!* Nantucket's Children was a good cause. The best cause.

Trumping all those thoughts was this: Lock Dixon was the one person Claire could not say no to. What had happened the night of Daphne's accident hung in the air between them, unfinished business. It hung between them in a way that made Claire feel she owed Lock something.

"Yes," Claire said. "I'd love to. Really, I'd be honored."

Even though she had four children to raise? Even though she hadn't blown out so much as a single goblet since Zack was born?

"Really?" Lock said. He sounded surprised.

"Absolutely," she said.

luxuriate in the sunshine on my way to training in a computer database. LexisNexis. It will expand my skills as an intellectual property paralegal. Patents, trademarks, trade secrets, copyrights.

At the training's end, I turn the corner into a 22nd floor marble elevator corridor. Smoothing the skirt of my black and white print sheath, I'm not eager to return to the office. I'd rather click the heels of my black patent leather pumps. But work awaits.

The gray glass- and honey marble-paneled elevators ferry bankers, economists, attorneys to the first floor of Marshall Field, Jr.'s 45-story office building.

Marshall Field initiated its construction to employ tradesmen idled by the Great Depression. He chose only the finest materials. Now the LaSalle Bank Building, the Art Deco design included a penthouse for his mistress. Today it's the Chicago office of an Indianapolis intellectual property law firm.

Framed in green marble, eight pairs of black-lacquered doors striped in bottle green await. The far left pair slides open. I step inside.

The animated conversation stops abruptly. Curious, I glance at the four men. Charley Walker is all I see. <u>I knew him in college</u>. <u>Now, he's a rock 'n' roll legend!</u> Everything else vanishes.

7

Infringement No. 8, Exhibit 8

could pay for an abortion, but she cried herself to sleep, worried that she was going to burn in hell, and she decided to keep the baby. Her mother would raise it while Claire went to college . . .

When Claire went to the doctor, he said, *You're not pregnant. The problem is that you have anemia.*

*Anemia!* She had shouted the word with glee.

"Chairing?" she said now.

"It's a lot of work, but probably not as much as you think. You'll have a cochair. I know you're busy, but . . ."

Yes, three children and a baby and a glassblowing business put on hold for the foreseeable future so she could focus on her family. She was not the right person to ask. Not this year. Maybe down the road, when she had her head above water. Then it dawned on Claire why he was asking her: The summer gala was a *concert.* Lock was coming to her because they wanted Matthew to perform. Max West, her high school sweetheart, now one of the biggest rock stars in the world.

Claire took in some of the rarefied yacht club air. There were a million thoughts zipping through her mind: Jason would kill her. Siobhan would laugh and call her a pushover (*No Boundaries!*). Margarita, no salt. *It will never come out.* Would Matthew do it if she asked? She hadn't spoken to him in years. He might, he just might. *Anemia!* Nantucket's Children was a good cause. The best cause.

Trumping all those thoughts was this: Lock Dixon was the one person Claire could not say no to. What had happened the night of Daphne's accident hung in the air between them, unfinished business. It hung between them in a way that made Claire feel she owed Lock something.

"Yes," Claire said. "I'd love to. Really, I'd be honored."

Even though she had four children to raise? Even though she hadn't blown out so much as a single goblet since Zack was born?

"Really?" Lock said. He sounded surprised.

"Absolutely," she said.

Charley's fists jump from his pockets to his hips.  "Where the hell were you?  I went to Sherman Hall to pick you up for our coffee date.  The dorm mother said you weren't there."

I stutter, "I was in the university hospital, Charley.  I had a fever of 103°.  Asian Flu."

"So why didn't you call," he demands.

"I didn't get back to Sherman for four weeks--two in the hospital and two at my aunt and uncle's.  By that time, no one thought to tell me you'd been there."

"We had a date, Bonnie.  I was there."  Charley glares at me.

My eyes drop to the beige confetti marble floor.  "I'm sorry, Charley.  But clearly it wasn't supposed to be.  I only had a little life ahead of me.  You had fame and fortune."  I chance a glance at his angry face.

Charley takes a deep breath, pockets his hands and starts again.  "Could we please have coffee or something?  To catch up on the last 45 years.  Don't you think you owe me?"

"I, uh, really?"  His demand in view of our relative social importance offers some courage.

"It's the least you can do, Bonnie.  After 45 years."  Charley checks the pedestrian flow in and out of the building.  So far no one seems to have recognized him.  Is he disappointed?

"It was so long ago, Charley.  Are you still mad?"

8

Infringement No. 9, Exhibit 9

"Well, okay, then," Lock said. He raised his sweating glass of iced tea, as did Claire, and they touched glasses, sealing the deal. "Thank you."

Jason was going to kill her.

They had been married for twelve years, together for fourteen. They had met here, on Nantucket, during the hottest summer on record. Jason had been born and raised on the island, he knew it inside out, and he took pride in sharing it with Claire. Each day was like a present: They went clamming naked at sunset on the south shore. They went skinny-dipping in the private swimming pools along Hulbert Avenue (Jason knew which pools had security systems and which didn't). Theirs was, in every aspect, a summer romance. Claire had just graduated from RISD with a degree in glassblowing. She was torn between taking a job offer from Corning and teaming up with a traveling crafts fair and seeing the country. Jason had graduated from Northeastern with a degree in political science, which he declared useless. Four wasted years, he said of college, except for the beer and the proximity to Fenway, and the introduction to de Tocqueville (but she was pretty sure he was only saying that to impress her). He wanted to live on Nantucket and build houses.

They were in love that summer, but what Claire remembered was how temporary it felt, how fragile, fleeting, ethereal. In truth, they barely knew each other. Claire told Jason about her years with Matthew—Max West, *the* Max West of "This Could Be a Song"—but Jason didn't believe her. Didn't believe her! He didn't believe she could blow glass, either. She showed him her goblets and footed candy dishes; he shook his head in wonder, but not in acknowledgment.

They sailed on Jason's Hobie Cat, they fished for scup and stripers, they dove off the boat into the dark water, they had bonfires at Great Point and slept under the stars, they had sex with the wild abandon of two twenty-year-olds who had nothing to lose.

WHAT IF - Chapter 3                                                    32

    "Spotting your picture on the cover I said, 'That's Charley
Walker.'  She read the liner notes and agreed.  You had been.
You'd changed your name.  She, of course, didn't believe I knew
you.  We were in Alexandria, Virginia after all.  More than a
thousand miles from the 'U.'"

    "In that moment, I accepted that no one would believe me.
Later it helped me understand why people didn't believe I worked
for Jacqueline Kennedy.  At the time, Monday through Friday I
descended the stairway to read her sympathy mail.  That seemed
equally improbable.  Despite a signed copy of the lithograph,
"The Green Room,"[1] hanging in my dining room.

    "It was the Kennedys' 1963 Christmas gift to the White House
staff.  Both penned their signatures to it shortly before going
to Dallas.

    The country house fire destroyed the original White House
framing.  After spending six months to conserve it, Douglas
Kenyon reframed it.  The lithograph is one of my few possessions
that predates April 4, 1975, and was in the house at the time of
the fire."

    "It must have been devastating.  That's the second time
you've mentioned it."

    "It was, for all of us.  It's one of those markers, Charley.
Everything dates to either before or after the fire."

9

Infringement No. 10, Exhibit 10

Jason drove a pickup that was as huge and black as a hearse, a gas-guzzler he affectionately called Darth Vader. *Darth Vader?* Claire said, incredulous that she had married a man who treated his truck like a fraternity brother or a pet. *The kids like it,* Jason said. The truck, the love affair with the tube, the sneaked cigarettes, and the early morning breakfasts at the Downyflake so that Jason could touch base with his subs and hear about new business—all of it served to push Claire to the brink.

But there were also many wonderful things about Jason. He worked hard and provided for his family. He prided himself on being simple and straightforward, honest and true; he was the right angle of a T square, the bubble in the level, always locating the center. *What you see is what you get.* He adored the kids. He had a foot soldier in their son J.D. J.D. helped Jason with projects around the house: rolling paint onto walls, turning the screwdriver while sucking intently on his bottom lip. *I'm Dad's wingman.* They built a go-cart using an old lawn mower engine; they went scalloping together and pulled cherrystone clams out of the wet, marshy sand with a tool Jason had fashioned from a piece of PVC pipe. *You'll never go hungry with the Crispin men around!* Jason was exemplary with the girls, too—father of the year. He delivered Ottilie and Shea to dance lessons, he bought them bouquets on the day of their dance recital, and he whistled louder than any-one else in the audience. He tirelessly explained that *Ottilie* was an old-fashioned French name. *We wanted something unique,* he said, beaming with pride.

When Claire got pregnant with Zack, things were going smoothly. She was working on a huge commission for her best client, Chick Klaussen: a sculpture for the entry of his offices on West Fifty-fourth Street in Manhattan. She planned to be finished with the commission right before the baby was due. Jason was happy because he was, deep in his soul, a procreator. He would have had ten kids if Claire was willing, a stable of kids, a posse, a football team, a tribe: the Crispin clan.

WHAT IF - Chapter 1                                                   13

    I gave a solo ice recital for the boy smoking at one of the picnic benches. During grade school there had been many dance recitals: tap, ballet, acrobatic. My teacher wanted to send me to New York. My parents wisely demurred. Their concession was Miss Caroline Daniels. With a leg flung up in arabesque, I looped the ice backwards, showing off for the audience of one. In a pee jacket, Charley hunched over a picnic table in the breath-taking cold. Two of the shyest and loneliest people imaginable.

    On the ride back to the city, in the back seat Charley and I were smashed together between two others. He must have felt the kindling fever. Our touching bodies rendered casual conversation impossible. I wanted to say, I admire you, I really like your music. The words stuck in my heart.

    It was the second time I'd been too sick to respond to a romantic opportunity. The first time, my sister went to the dance in my place.

    By the time I was dropped off at the four-story brick dorm, I was flushed. My bones ached to the marrow. Though I could barely walk, I dragged myself nearly a mile across the howling arctic campus to the Student Health Center. With a fever of 103°, the doctor immediately admitted me to the university hospital.

/0

Infringement No. 11, Exhibit 11

that glimmer, that promise that her other kids had shown: intelligence, motivation, determination. Since Zack's birth, she had lived with the whisper, *There's something wrong with him.* She constantly badgered Jason: *Do you think something happened when he was born? Do you think there's something Dr. Patel isn't telling me, or something she didn't see?* To which Jason always responded, "For Chrissakes, Claire, he's fine!" But that sounded to Claire like denial. It sounded like Jason was blinded by love.

How was she going to tell Jason about the gala? Claire waited through dinner—fried chicken, Jason's favorite. She waited through bath and stories for the girls and a shower and homework for J.D. She waited until Zack had his bottle, until Jason was relaxed on the sofa, remote control in hand. The TV was on, but Jason had not committed to anything yet. Now was the time to tell him! This was their life now, but Claire could remember Jason naked and grinning with a clam rake in his hand, his sun-bleached hair shining like gold.

"I had lunch with Lock Dixon today," she said. "At the yacht club."

He heard her, but he wasn't listening. "Did you?"

"Doesn't that surprise you?"

Jason changed the channel. Claire resented the TV, all fifty-two bright, chirping inches of it. "A little, I guess."

"He asked me to cochair the summer gala."

"What's that?"

"You know, the Nantucket's Children thing. The event. The concert. The thing we went to last month."

At this past year's gala, while Jason lingered at the back bar with his fishing buddies, Claire had applauded as the two cochairs floated up onto the stage to accept bouquets of flowers. As if they had been named prom queen. As if they had won an Academy Award. Claire had been caught up in the glamour of it all. The mere fact that she had *sat down* for a *civilized lunch* at the yacht

"I want Charley to call me up and say he's rented the apartment next door.  We can have sex when we want to, spend time together, but I don't have to watch TV or do his laundry.  How's that for true love?"

"Are you sure you like this guy, Bonnie?  I thought we're supposed to make accommodations for the man we love."

"There's a difference between accommodation and collapse, Em.  I'm afraid I won't be able to stand up to him.  I mean long term.  I'm afraid I'll give up myself to make him happy.  He'd be only too happy to have me do it."

I stop talking.  The specter haunts both our faces.  We've both been there.  We know what it's like.  We both hated what it did to us.

Immediately, I'm struck by the similarities between Emily, Brad and the 30-year-old, and Charley, Christine and me.  It doesn't feel very good to be the other woman.  Even if I won't have sex or advance the relationship.  I feel like both Brad and Emily.  I don't like the feeling.

I don't know what else to say.  Neither does Emily.  She concentrates on the last of her fries.  Her hazel eyes are everywhere but on mine.  We are both stuck in the dilemma.  We don't know anyone who's moved beyond it.

Infringement No. 12, Exhibit 12

of that smile. It sent an electric current through her heart; it could have brought her back from the dead, that smile.

Claire took the smile as her reward for saying, *Yes, I'd love to. Really, I'd be honored.* When you were a cochair of the summer gala, people were glad to see you walk in the door. Or grateful. Or relieved.

Lock stood up. "Hi, Claire, hi, hi. Here, let me get you a—"

"I'm fine, I'm fine," she said. "Are we meeting here, or in the . . ."

The Nantucket's Children office consisted of two rooms divided by a hallway, and at the end of the hallway was a powder room and a small kitchen. One room was the actual office, where Lock worked and where Gavin Andrews, the office manager-bookkeeper, had his desk, and across the hall was the boardroom, which held a large, round table and eight Windsor chairs. Every detail of the Nantucket's Children office transported one back to the whaling heyday that put Nantucket on the map: the floor was fashioned from 150-year-old pine boards, and the doorways were topped with leaded transom windows. With the old-fashioned charm, however, came old-fashioned conveniences or the lack thereof. The board meetings were stifling in the summer and freezing in the winter, and every time Claire used the powder room, the toilet backed up.

Tonight, however, the office was unusually inviting. Because it was September now, it was dark outside. Through the window at Lock Dixon's back, Claire could see all the way up Main Street: Nantucket Town was twinkling like a child's toy village. Lock worked with the light of one desk lamp and the blue glow of his computer. Half a sandwich—turkey, stuffing, and cranberry sauce—sat on white butcher paper on his desk blotter, which meant it was eight o'clock and he had yet to make it home. Claire's mind flickered to Daphne. If Lock spent every night at the office, did Daphne make dinner for herself? Did she read magazines,

Stopped at State Street, Charley ventures a quick glimpse at me. "I suppose you know all about the drugs, booze, broads. Compromises no sane, sober human being would make. Let alone one gilded by fame and fortune. Poor choices were my life's work. But I wrote good music. And I've been blessed with a faithful following. Fans who fly to other cities to hear me perform." Charley's shoulders slouch as he jams his hands into his front pockets.

"What did you think during the seventies? Not much to admire." Charley conceals his shame with a pretense of fascination with Gehry's structure setting sail at the edge of Lake Michigan.

Unwillingly, I'm seated in the old Chicago Stadium, showing off Charley to my three sons. That concert was an embarrassing and painful drug-dependency case history. Even in their pre- to mid-teens they'd observed, "He must be on something, Mom." Charley's voice, body and emotions spewed all over the stage. He cried, staggered, forgot lyrics and was barely conscious.

Swinging to our cadence as we cross State Street, our hands accidentally brush. I glance at the clock on Marshall Field's State Street store. Pretending I didn't notice. Pretending the contact wasn't electrifying.

"I confess, Charley, I didn't follow your career. Your behavior scared me to death. I practiced my addiction in country

Infringement No. 13, Exhibit 13

of that smile. It sent an electric current through her heart; it could have brought her back from the dead, that smile.

Claire took the smile as her reward for saying, *Yes, I'd love to. Really, I'd be honored.* When you were a cochair of the summer gala, people were glad to see you walk in the door. Or grateful. Or relieved.

Lock stood up. "Hi, Claire, hi, hi. Here, let me get you a—"

"I'm fine, I'm fine," she said. "Are we meeting here, or in the . . ."

The Nantucket's Children office consisted of two rooms divided by a hallway, and at the end of the hallway was a powder room and a small kitchen. One room was the actual office, where Lock worked and where Gavin Andrews, the office manager-bookkeeper, had his desk, and across the hall was the boardroom, which held a large, round table and eight Windsor chairs. Every detail of the Nantucket's Children office transported one back to the whaling heyday that put Nantucket on the map: the floor was fashioned from 150-year-old pine boards, and the doorways were topped with leaded transom windows. With the old-fashioned charm, however, came old-fashioned conveniences or the lack thereof. The board meetings were stifling in the summer and freezing in the winter, and every time Claire used the powder room, the toilet backed up.

Tonight, however, the office was unusually inviting. Because it was September now, it was dark outside. Through the window at Lock Dixon's back, Claire could see all the way up Main Street: Nantucket Town was twinkling like a child's toy village. Lock worked with the light of one desk lamp and the blue glow of his computer. Half a sandwich—turkey, stuffing, and cranberry sauce—sat on white butcher paper on his desk blotter, which meant it was eight o'clock and he had yet to make it home. Claire's mind flickered to Daphne. If Lock spent every night at the office, did Daphne make dinner for herself? Did she read magazines,

space.  Before entering, Charley drapes his jacket on the baroque
chair at a massive, ornately carved desk.  On the opposite wall,
a red chinoiserie chest conceals the television.

Twin windows framed with pale gold and white draperies
overlook Lake Shore Drive.  At the left-hand window, glass in
hand, I gaze up the Drive.  Diet sodas, glasses and a pewter
bucket of ice had been laid out in the butler's pantry.
Stretching south from North Avenue Beach, the Drive's twinkling
lights accentuate the feminine curve around Oak Street Beach.

Without turning from the hypnotic night, I ask Charley, "So
where are you now?"

"I don't know.  It's a place I've never been."  I can feel
Charley behind me.  With a sudden glimpse at the possibilities, I
turn quickly to keep him in the caramel leather chair he's
chosen.  Standing at that window with Charley's hands on my arms,
my shoulders would be indefensible.  How often had precisely that
occurred?

Charley's gaze turns inward as he continues, "When Christine
told the therapist how selfish and spoiled I am, I wanted to slap
her.  Then I realized I'd have to slap you, too.  If both of you
were saying the same thing and you'd never met, live 2,000 miles
apart, there must be something to it.

"I know you didn't call Christine and tell her what to say.
But that was my first thought.  I couldn't believe you hadn't put

Infringement No. 14, Exhibit 14

take baths, watch TV? Daphne was never quite right in public
after her accident, but what about in private? Was she better or
worse? Their daughter, Heather, was at boarding school. Ando-
ver. It had been a much-debated topic among Claire's circle of
friends: How did Heather Dixon get into the best prep school in
the country with solid B grades and an attitude problem? It was
field hockey, everyone concluded, and they were probably cor-
rect. Heather Dixon was quite an athlete, but Claire believed that
Heather Dixon got herself into prep school out of the sheer will
to escape her mother. It had killed Lock to see Heather go, and
it was odd, too, that he should head a charity called Nantucket's
Children when his own child didn't really qualify as such. Heather
Dixon rarely came back to the island; this past summer, Claire
heard, she had attended a camp in Maine.

"Let's just meet in here," Lock said. His voice startled Claire.
She had been so busy thinking about him, she forgot he was in the
room. "It's cozier."

*Cozier?* Claire thought. She was blushing as Lock pulled a chair
up to his desk for her. "Cozier" made it sound like the two of them
were about to snuggle under a blanket together. But Lock was
right: the office *was* cozy, with the low light and the faint smell of
woodsmoke floating in through the cracked window, and the clas-
sical music coming from the Bose radio.

Now that she was a cochair, maybe she would have more calm
and quiet hours like this. This office—its architectural detail and
distinguished period furnishings combining to convey a scholarly
air, a well-heeled doing-of-noble-works—stood in direct oppo-
sition to the scene Claire had left at home. At home, there had
been dinner to make: tacos, her only home run, and late corn from
the farm and a green salad with ranch dressing, which she had
painstakingly made from scratch (fresh herbs picked from the gar-
den, onion finely minced). Jason, as ever, wandered in the door
with five minutes to spare, smelling of Newport Menthols, and
the kids jumped into his arms and tackled him. How could Claire

forego any of the overwhelming desserts. I've previously sampled most of them. I don't need a sugar high to deal with the remainder of the evening.

I want the last memories of Charley to be nourishing, caring, perhaps even a little titillating. Who knows? Charley could well be my sexual swan song. Oops. I hope that cliché is not as in "Swan Lake's"[19] dying swan. Whatever. It's the first time I've knowingly attempted a happy termination.

Charley and I have given each other the best we have. There's no need to apologize. Several of my building's residents spot Charley as we cross the circular drive from the sidewalk. To a person, they do double takes. None expects to see someone that famous going into the building.

In the elevator Charley extends his hand for my keys. I isolate the one requested. I have no fear this will go in a direction I don't want. It can't. My breaking heart is on a shelf. The same one which carried unemployment while I was on retreat. The shelf is just the right size to handle such things.

Turning on the radio set to a retro station, I'm embarrassed and Charley is thrilled to hear himself coming out of Auntie's Bose radio. He smiles, but does not sing. We're inexplicably happy. Perhaps he, too, knows we're making a memory we'll long cherish.

Infringement No. 15, Exhibit 15

three while J.D. finished his homework, then a shower for J.D. Then stories for the girls and Zack, which worked if Jason remembered to give Zack a bottle. The bottle had to go into the microwave for thirty seconds. Would Jason know this? She should have reminded him; she should have written it down. Claire eyed the phone on Lock's desk. She should call home and check on things. Of course Pan, the Thai au pair who had come to live with them after Zack was born, was in the house, too, but Pan rarely came out of her room at night. Still, if Jason got into a jam, he would go to Pan and she would prep Zack's bottle and rock him to sleep.

"I'd love a glass of wine," Claire said.

One of the good things about being cochair of the summer gala and attending evening meetings, Claire thought, was that Jason would get more hands-on time with the kids.

"Wonderful," Lock said. He disappeared into the hallway and came back with two glasses dangling from his fingers and a chilled bottle of white.

*Very strange,* Claire thought. *Wine in the office.*

Lock held up the bottle to her like a sommelier. "This is a viognier. It's a white from the Rhône valley. It's my favorite varietal."

"Is it?" Claire said.

"My wife finds it too tart. Too lemony. But I love its brightness." He poured Claire a glass and she took a sip. Wine, like classical music, was one of those things Claire wanted to learn more about. She had tried to interest Jason in a wine-tasting class offered through the Community School, but he'd refused on the grounds that he never drank wine, only beer. This wine was bright, it was grassy—should she say that word "grassy," or would she sound like a complete ass? She wanted to make Lock happy (she could hear Siobhan shouting, *No boundaries!*), and hence she declared, "I love it."

"You do?"

"I love it. It tastes like a meadow."

Another smile from Lock. She had spent the past five years cer-

*15*

WHAT IF - Chapter 2                                         18

"I don't suppose you can think of me as that kid strumming away in the corner of the coffee house. Trying for the attention of the six or seven people present."

"That memory, Charley, was on display in the country house library. Before it burned. The year before I quit drinking."

Pain flits across Charley's face, but isn't expressed. He must be nervous, too. He lobs an advantage shot. "Let's see. What will make you feel more comfortable?" One hand supports his sharp chin. "Do you remember the ride home from the ski lodge?"

"Vividly." Leaning into the table, Charley's aftershave further provokes adolescent awkwardness. The fragrance is unabashedly sensual, intoxicating. For a business transaction?

He leans back. "You sat next to me. I was hopelessly tongue-tied. I'd watched you skate. I'd watched you at the house, practicing that stupid dance." Moving closer, his expression intent, he adds, "I can't imagine where I found the courage to ask you to coffee. Overcame my fear of the rejection of people like me." As if to say, I did my part, Bonnie. But you certainly blew yours.

"When I got back to the fraternity house I drank until I threw up. Then until I passed out or blacked out. I was still hungover when I arrived at Sherman Hall on Monday. But it didn't matter much. You weren't there anyway." Charley looks at me pointedly. Not quite a slap.

*15*

Infringement No. 16, Exhibit 16

tain that he hated her, blamed her—but here he was, smiling! It warmed her to the pit of her stomach.

"I'm glad you like it," Lock said. He poured himself a glass equal to Claire's. Was this okay—drinking wine in the office, alone, with Lock Dixon? Had the meetings with his former cochairs gone this way?

"Is Adams coming?" Claire asked. Adams Fiske, a mop-haired local attorney and one of Claire's dearest friends, was president of the board of directors.

"He's in Duxbury this week," Lock said.

"I invited my sister-in-law, Siobhan," Claire said. "But I doubt she'll remember."

"Okay," Lock said. He sounded like he couldn't have cared less. He raised his glass. "Cheers!" he said. "Here's to the summer gala!"

"To the summer gala," Claire said.

"I'm so glad you agreed to cochair," Lock said. "We really wanted you."

Claire blushed again and sipped her wine. "It's my pleasure."

Lock was sitting on the edge of his desk. He was wearing khaki pants, loafers without socks, a leather belt with a silver monogrammed belt buckle. His tie was loose and the top two buttons of his shirt were undone. Claire found him newly fascinating—but why? She knew nothing about him, other than that he was a rich man. That was interesting. Or rather, it was interesting that he had taken this job (which Claire, as a member of the board of directors, knew meant that he made $82,000 a year) even though he was so rich he never had to work again.

"I think we've found someone to be your cochair," Lock said.

"Oh," Claire said. "Good." This was good; Claire certainly couldn't shoulder all of the responsibility of the summer gala herself. And yet she was nervous about having a cochair. Claire was an artist; she worked alone. There was some sense in which she could call Jason her cochair—the cochair of the family—but if Claire

"Let's walk over to my office. I need to let my boss know I'm taking the rest of the afternoon off. It will be the rest of the afternoon, won't it?" Churning excitement and dread are inexplicable companions. But not cautionary.

"I hope so. I'm catching a plane back to L.A. in the morning. I've been invited to dinner and a theater opening tonight. Some experimental place on the North Side. She's supposed to be an up-and-coming playwright."

My stomach tightens. "Lincoln Avenue perhaps?"

"I'm not sure. Now, it doesn't matter." It relaxes.

Quickly we cover the three blocks to my building. The blonde and beige marble theme with raspberry thrown echos through my building as well. From the front lobby, I survey another block-long hall and glance back at Charley.

He's pulled out his cell phone. "I'll call my friends while you go upstairs. Let's meet here in 10 minutes."

"Been there, Charley."

He grabs my hand again. "I'm too old for that shit, Bonnie. I'll be here." He twirls me toward the back of the building.

*16*

Infringement No. 17, Exhibit 17

Williams, actually. Though that has no bearing. I haven't seen Marshall French in years, and honestly, I know Isabelle only slightly. Adams was the one who brought her aboard. But I know that she's very nice. And eager."

"Great," Claire said. And then, lest she not seem eager herself, she pulled a notebook out of her bag—a notebook she had bought for this very reason—and said, "Should we get to work?"

The Nantucket's Children Summer Gala: The goal was to sell a thousand tickets. The evening started with cocktails and passed hors d'oeuvres. Cocktails were followed by a seated dinner, during which Lock showed a PowerPoint presentation of the programs that Nantucket's Children funded. By the time dinner ended, the guests had (presumably) imbibed a few drinks and the wheels were greased for the auction. The trademark of the Nantucket's Children Summer Gala was that they only auctioned off *one* item (one fabulous item, expected to go for at least fifty thousand dollars). The brief auction gave way, finally, to a concert by a performer or band that had highly danceable hits, like the Beach Boys (2004), like the Village People (2005), like Frankie Valli and the Four Seasons (2007). With underwriting, the event made well over a million dollars. That money was distributed to the twenty-two initiatives and programs set up exclusively for island kids.

"The most important element, no matter what anybody says, is the talent," Lock told Claire. "It's what sets our event apart. Anyone can put up a tent. Anyone can hire a caterer and throw together an auction. But we get music. That is what makes us sexy. That is why people come."

"Right," Claire said.

"And rumor on the street is that you know—"

"Max West," Claire said.

"Max West," Lock said. Again the smile, this time hyped up with admiration. Well, yeah, of course. Max West was a superstar; he was right up there with Elton John, Jon Bon Jovi, Mick Jag-

luxuriate in the sunshine on my way to training in a computer database.  LexisNexis.  It will expand my skills as an intellectual property paralegal.  Patents, trademarks, trade secrets, copyrights.

At the training's end, I turn the corner into a 22nd floor marble elevator corridor.  Smoothing the skirt of my black and white print sheath, I'm not eager to return to the office.  I'd rather click the heels of my black patent leather pumps.  But work awaits.

The gray glass- and honey marble-paneled elevators ferry bankers, economists, attorneys to the first floor of Marshall Field, Jr.'s 45-story office building.

Marshall Field initiated its construction to employ tradesmen idled by the Great Depression.  He chose only the finest materials.  Now the LaSalle Bank Building, the Art Deco design included a penthouse for his mistress.  Today it's the Chicago office of an Indianapolis intellectual property law firm.

Framed in green marble, eight pairs of black-lacquered doors striped in bottle green await.  The far left pair slides open.  I step inside.

The animated conversation stops abruptly.  Curious, I glance at the four men.  Charley Walker is all I see.  I knew him in college.  Now, he's a rock 'n' roll legend!   Everything else vanishes.

Infringement No. 18, Exhibit 18

*A Summer Affair* ❧ *31*

ger. He'd had more than thirty hits. He'd been singing for nearly twenty years, since the summer after his and Claire's high school graduation, when he played the Stone Pony in Asbury Park and an agent heard him, and . . . yeah. Rock star. Claire's heart had been broken. God, had she cried, every night after the show, back behind the club, where it smelled like empty beer bottles and trash—she had cried and held on to Matthew's neck because she knew it was ending. She was going to RISD, and he was going to . . . California. To record an album. They had been different people then. He had really been a different person—Matthew Westfield—before he became Max West and played the inaugural parties in Washington, before he played for Princess Diana, before he sold out Shea Stadium six nights in a row, before he recorded a live album in Kathmandu, which went double platinum. Before he got married, twice, and went into rehab, three times.

"Yes, I know him. We went to high school together. He was my . . . boyfriend."

"That's what someone told me," Lock said. "But I didn't—"

"You didn't believe it?" Claire said. Right. No one ever believed it at first. Claire and Matthew had been best friends since seventh grade, and then, one night years later, when they were old enough to be horny and curious, Matthew had kissed her—on a school bus, at night. They were in the chorus together, returning from a trip to the old-folks' home. Not only was Matthew in the chorus, but he was also the lead tenor in the barbershop quartet, and that was the music the old people had liked best. "Sweet Rosie O'Grady." They clapped like mad, and Matthew hammed it up, bowing, and kissing an old woman's hand. Standing on the top riser in the soprano section, Claire had felt unaccountably proud of him. So on the dark bus heading back to school, they sat together as they had a hundred times before, and Claire rested her hand on Matthew's thigh, then her head on his shoulder, and the next thing she knew, they were kissing.

*18*

luxuriate in the sunshine on my way to training in a computer

database.  LexisNexis.  It will expand my skills as an

intellectual property paralegal.  Patents, trademarks, trade

secrets, copyrights.

At the training's end, I turn the corner into a 22nd floor

marble elevator corridor.  Smoothing the skirt of my black and

white print sheath, I'm not eager to return to the office.  I'd

rather click the heels of my black patent leather pumps.  But

work awaits.

The gray glass- and honey marble-paneled elevators ferry

bankers, economists, attorneys to the first floor of Marshall

Field, Jr.'s 45-story office building.

Marshall Field initiated its construction to employ

tradesmen idled by the Great Depression.  He chose only the

finest materials.  Now the LaSalle Bank Building, the Art Deco

design included a penthouse for his mistress.  Today it's the

Chicago office of an Indianapolis intellectual property law firm.

Framed in green marble, eight pairs of black-lacquered doors

striped in bottle green await.  The far left pair slides open.  I

step inside.

The animated conversation stops abruptly.  Curious, I glance

at the four men.  Charley Walker is all I see.  I knew him in

college.  Now, he's a rock 'n' roll legend!  Everything else

vanishes.

*18*

Infringement No. 19, Exhibit 19

ger. He'd had more than thirty hits. He'd been singing for nearly twenty years, since the summer after his and Claire's high school graduation, when he played the Stone Pony in Asbury Park and an agent heard him, and . . . yeah. Rock star. Claire's heart had been broken. God, had she cried, every night after the show, back behind the club, where it smelled like empty beer bottles and trash—she had cried and held on to Matthew's neck because she knew it was ending. She was going to RISD, and he was going to . . . California. To record an album. They had been different people then. He had really been a different person—Matthew Westfield—before he became Max West and played the inaugural parties in Washington, before he played for Princess Diana, before he sold out Shea Stadium six nights in a row, before he recorded a live album in Kathmandu, which went double platinum. Before he got married, twice, and went into rehab, three times.

"Yes, I know him. We went to high school together. He was my . . . boyfriend."

"That's what someone told me," Lock said. "But I didn't—"

"You didn't believe it?" Claire said. Right. No one ever believed it at first. Claire and Matthew had been best friends since seventh grade, and then, one night years later, when they were old enough to be horny and curious, Matthew had kissed her—on a school bus, at night. They were in the chorus together, returning from a trip to the old-folks' home. Not only was Matthew in the chorus, but he was also the lead tenor in the barbershop quartet, and that was the music the old people had liked best. "Sweet Rosie O'Grady." They clapped like mad, and Matthew hammed it up, bowing, and kissing an old woman's hand. Standing on the top riser in the soprano section, Claire had felt unaccountably proud of him. So on the dark bus heading back to school, they sat together as they had a hundred times before, and Claire rested her hand on Matthew's thigh, then her head on his shoulder, and the next thing she knew, they were kissing.

"Don't make it a mission, boy," the manager had warned him.
"Just keep them from killing each other."

Clancey's was a men's bar, a hard-drinking establishment.
With an occasional hard-boiled woman. Pounding the bar with beer
bottles, the older guys shouted, what does a kid know. When they
shut up long enough to listen, they did nod. On Friday of the
third week, a record producer ducked in for a drink. That night
led to a record company with national distribution.

"That's the night I changed my name. When the producer
said, 'Say, kid, what's your name?' It just popped out. I must
have been thinking about for some time." Charley smiles shyly.
Embarrassed by an artifice as forgotten as the tabs on a band-
aid.

I remember the 1963 album. I grab his upper arm as we pass
the Cook County Building. I'd worked there when it was the world
headquarters of Arthur Andersen & Co.

"I remember it, Charley. One Saturday afternoon after we
moved into the Alexandria house, uncomfortably pregnant, I sat on
scrap carpeting in the enclosed porch. Watching TV. The
laundry, washed in an early successor to the wringer, hung on
lines in the basement. We were probably out of diapers again.
My roommate rushed in with the record album she'd just bought.
She wanted me to listen.

*19*

Infringement No. 20, Exhibit 20

ger. He'd had more than thirty hits. He'd been singing for nearly twenty years, since the summer after his and Claire's high school graduation, when he played the Stone Pony in Asbury Park and an agent heard him, and . . . yeah. Rock star. Claire's heart had been broken. God, had she cried, every night after the show, back behind the club, where it smelled like empty beer bottles and trash—she had cried and held on to Matthew's neck because she knew it was ending. She was going to RISD, and he was going to . . . California. To record an album. They had been different people then. He had really been a different person—Matthew Westfield—before he became Max West and played the inaugural parties in Washington, before he played for Princess Diana, before he sold out Shea Stadium six nights in a row, before he recorded a live album in Kathmandu, which went double platinum. Before he got married, twice, and went into rehab, three times.

"Yes, I know him. We went to high school together. He was my . . . boyfriend."

"That's what someone told me," Lock said. "But I didn't—"

"You didn't believe it?" Claire said. Right. No one ever believed it at first. Claire and Matthew had been best friends since seventh grade, and then, one night years later, when they were old enough to be horny and curious, Matthew had kissed her—on a school bus, at night. They were in the chorus together, returning from a trip to the old-folks' home. Not only was Matthew in the chorus, but he was also the lead tenor in the barbershop quartet, and that was the music the old people had liked best. "Sweet Rosie O'Grady." They clapped like mad, and Matthew hammed it up, bowing, and kissing an old woman's hand. Standing on the top riser in the soprano section, Claire had felt unaccountably proud of him. So on the dark bus heading back to school, they sat together as they had a hundred times before, and Claire rested her hand on Matthew's thigh, then her head on his shoulder, and the next thing she knew, they were kissing.

"Don't make it a mission, boy," the manager had warned him. "Just keep them from killing each other."

Clancey's was a men's bar, a hard-drinking establishment. With an occasional hard-boiled woman. Pounding the bar with beer bottles, the older guys shouted, what does a kid know. When they shut up long enough to listen, they did nod. On Friday of the third week, a record producer ducked in for a drink. That night led to a record company with national distribution.

"That's the night I changed my name. When the producer said, 'Say, kid, what's your name?' It just popped out. I must have been thinking about for some time." Charley smiles shyly. Embarrassed by an artifice as forgotten as the tabs on a band-aid.

I remember the 1963 album. I grab his upper arm as we pass the Cook County Building. I'd worked there when it was the world headquarters of Arthur Andersen & Co.

"I remember it, Charley. One Saturday afternoon after we moved into the Alexandria house, uncomfortably pregnant, I sat on scrap carpeting in the enclosed porch. Watching TV. The laundry, washed in an early successor to the wringer, hung on lines in the basement. We were probably out of diapers again. My roommate rushed in with the record album she'd just bought. She wanted me to listen.

Infringement No. 21, Exhibit 21

ger. He'd had more than thirty hits. He'd been singing for nearly twenty years, since the summer after his and Claire's high school graduation, when he played the Stone Pony in Asbury Park and an agent heard him, and . . . yeah. Rock star. Claire's heart had been broken. God, had she cried, every night after the show, back behind the club, where it smelled like empty beer bottles and trash—she had cried and held on to Matthew's neck because she knew it was ending. She was going to RISD, and he was going to . . . California. To record an album. They had been different people then. He had really been a different person—Matthew Westfield—before he became Max West and played the inaugural parties in Washington, before he played for Princess Diana, before he sold out Shea Stadium six nights in a row, before he recorded a live album in Kathmandu, which went double platinum. Before he got married, twice, and went into rehab, three times.

"Yes, I know him. We went to high school together. He was my . . . boyfriend."

"That's what someone told me," Lock said. "But I didn't—"

"You didn't believe it?" Claire said. Right. No one ever believed it at first. Claire and Matthew had been best friends since seventh grade, and then, one night years later, when they were old enough to be horny and curious, Matthew had kissed her—on a school bus, at night. They were in the chorus together, returning from a trip to the old-folks' home. Not only was Matthew in the chorus, but he was also the lead tenor in the barbershop quartet, and that was the music the old people had liked best. "Sweet Rosie O'Grady." They clapped like mad, and Matthew hammed it up, bowing, and kissing an old woman's hand. Standing on the top riser in the soprano section, Claire had felt unaccountably proud of him. So on the dark bus heading back to school, they sat together as they had a hundred times before, and Claire rested her hand on Matthew's thigh, then her head on his shoulder, and the next thing she knew, they were kissing.

WHAT IF - Chapter 2                                                    18

"I don't suppose you can think of me as that kid strumming away in the corner of the coffee house.  Trying for the attention of the six or seven people present."

"That memory, Charley, was on display in the country house library.  Before it burned.  The year before I quit drinking."

Pain flits across Charley's face, but isn't expressed.  He must be nervous, too.  He lobs an advantage shot.  "Let's see. What will make you feel more comfortable?"  One hand supports his sharp chin.  "Do you remember the ride home from the ski lodge?"

"Vividly."  Leaning into the table, Charley's aftershave further provokes adolescent awkwardness.  The fragrance is unabashedly sensual, intoxicating.  For a business transaction?

He leans back.  "You sat next to me.  I was hopelessly tongue-tied.  I'd watched you skate.  I'd watched you at the house, practicing that stupid dance."  Moving closer, his expression intent, he adds, "I can't imagine where I found the courage to ask you to coffee.  Overcame my fear of the rejection of people like me."  As if to say, I did my part, Bonnie.  But you certainly blew yours.

"When I got back to the fraternity house I drank until I threw up.  Then until I passed out or blacked out.  I was still hungover when I arrived at Sherman Hall on Monday.  But it didn't matter much.  You weren't there anyway."  Charley looks at me pointedly.  Not quite a slap.

21

Infringement No. 22, Exhibit 22

ger. He'd had more than thirty hits. He'd been singing for nearly twenty years, since the summer after his and Claire's high school graduation, when he played the Stone Pony in Asbury Park and an agent heard him, and . . . yeah. Rock star. Claire's heart had been broken. God, had she cried, every night after the show, back behind the club, where it smelled like empty beer bottles and trash—she had cried and held on to Matthew's neck because she knew it was ending. She was going to RISD, and he was going to . . . California. To record an album. They had been different people then. He had really been a different person—Matthew Westfield—before he became Max West and played the inaugural parties in Washington, before he played for Princess Diana, before he sold out Shea Stadium six nights in a row, before he recorded a live album in Kathmandu, which went double platinum. Before he got married, twice, and went into rehab, three times.

"Yes, I know him. We went to high school together. He was my . . . boyfriend."

"That's what someone told me," Lock said. "But I didn't—"

"You didn't believe it?" Claire said. Right. No one ever believed it at first. Claire and Matthew had been best friends since seventh grade, and then, one night years later, when they were old enough to be horny and curious, Matthew had kissed her—on a school bus, at night. They were in the chorus together, returning from a trip to the old-folks' home. Not only was Matthew in the chorus, but he was also the lead tenor in the barbershop quartet, and that was the music the old people had liked best. "Sweet Rosie O'Grady." They clapped like mad, and Matthew hammed it up, bowing, and kissing an old woman's hand. Standing on the top riser in the soprano section, Claire had felt unaccountably proud of him. So on the dark bus heading back to school, they sat together as they had a hundred times before, and Claire rested her hand on Matthew's thigh, then her head on his shoulder, and the next thing she knew, they were kissing.

"Don't make it a mission, boy," the manager had warned him. "Just keep them from killing each other."

Clancey's was a men's bar, a hard-drinking establishment. With an occasional hard-boiled woman. Pounding the bar with beer bottles, the older guys shouted, what does a kid know. When they shut up long enough to listen, they did nod. On Friday of the third week, a record producer ducked in for a drink. That night led to a record company with national distribution.

"That's the night I changed my name. When the producer said, 'Say, kid, what's your name?' It just popped out. I must have been thinking about for some time." Charley smiles shyly. Embarrassed by an artifice as forgotten as the tabs on a band-aid.

I remember the 1963 album. I grab his upper arm as we pass the Cook County Building. I'd worked there when it was the world headquarters of Arthur Andersen & Co.

"I remember it, Charley. One Saturday afternoon after we moved into the Alexandria house, uncomfortably pregnant, I sat on scrap carpeting in the enclosed porch. Watching TV. The laundry, washed in an early successor to the wringer, hung on lines in the basement. We were probably out of diapers again. My roommate rushed in with the record album she'd just bought. She wanted me to listen.

File Date: _July 16, 2008_

Case No: _08cv 4036_

ATTACHMENT # _1_

EXHIBIT _23, Infringement NO. 23_

## TAB (DESCRIPTION)

_____

Infringement No. 23, Exhibit 23

*A Summer Affair*    ⊚    *3 1*

ger. He'd had more than thirty hits. He'd been singing for nearly twenty years, since the summer after his and Claire's high school graduation, when he played the Stone Pony in Asbury Park and an agent heard him, and . . . yeah. Rock star. Claire's heart had been broken. God, had she cried, every night after the show, back behind the club, where it smelled like empty beer bottles and trash—she had cried and held on to Matthew's neck because she knew it was ending. She was going to RISD, and he was going to . . . California. To record an album. They had been different people then. He had really been a different person—Matthew Westfield—before he became Max West and played the inaugural parties in Washington, before he played for Princess Diana, before he sold out Shea Stadium six nights in a row, before he recorded a live album in Kathmandu, which went double platinum. Before he got married, twice, and went into rehab, three times.

"Yes, I know him. We went to high school together. He was my . . . boyfriend."

"That's what someone told me," Lock said. "But I didn't—"

"You didn't believe it?" Claire said. Right. No one ever believed it at first. Claire and Matthew had been best friends since seventh grade, and then, one night years later, when they were old enough to be horny and curious, Matthew had kissed her—on a school bus, at night. They were in the chorus together, returning from a trip to the old-folks' home. Not only was Matthew in the chorus, but he was also the lead tenor in the barbershop quartet, and that was the music the old people had liked best. "Sweet Rosie O'Grady." They clapped like mad, and Matthew hammed it up, bowing, and kissing an old woman's hand. Standing on the top riser in the soprano section, Claire had felt unaccountably proud of him. So on the dark bus heading back to school, they sat together as they had a hundred times before, and Claire rested her hand on Matthew's thigh, then her head on his shoulder, and the next thing she knew, they were kissing.

"I know you're mad, Bonnie.  But I think you're scared, too.
Why on earth would you trust me?  I've only demonstrated how
selfish and self-centered I am."

I collapse against the pillow.  I just want him to go away.
I want everyone to leave me until I'm ready to face the world.
Empty and alone.

The sincerity in Charley's face is brand-new.  And haunting.
"Last weekend I graduated from a halfway house.  That's why I was
calling you.  To thank you for your advice.  I took it and it
worked."

He reaches through the rail to put his hand on top of mine.
"I can't tell you I'll never drink or drug again.  You know that
as well as I do.  I can tell you I've finally owned up to the
responsibilities of my life.  You were right.  It is my life.  I
want you in it.  If you're willing."

Still holding my hand, Charley smiles at me like he just hit
triple platinum.

"No way, Charley.  Maybe once, but no more.  Now get the
hell out of my life."  I can feel the tears again.  My emotions
swing like a tilt-a-whirl.  The oscillations make me sick to my
stomach.

It seems to be the best moment of Charley's life and the
worst of mine.  Without my permission he goes on.

23

Infringement No. 24, Exhibit 24

*A Summer Affair* ⚭ *31*

ger. He'd had more than thirty hits. He'd been singing for nearly twenty years, since the summer after his and Claire's high school graduation, when he played the Stone Pony in Asbury Park and an agent heard him, and . . . yeah. Rock star. Claire's heart had been broken. God, had she cried, every night after the show, back behind the club, where it smelled like empty beer bottles and trash—she had cried and held on to Matthew's neck because she knew it was ending. She was going to RISD, and he was going to . . . California. To record an album. They had been different people then. He had really been a different person—Matthew Westfield—before he became Max West and played the inaugural parties in Washington, before he played for Princess Diana, before he sold out Shea Stadium six nights in a row, before he recorded a live album in Kathmandu, which went double platinum. Before he got married, twice, and went into rehab, three times.

"Yes, I know him. We went to high school together. He was my . . . boyfriend."

"That's what someone told me," Lock said. "But I didn't—"

"You didn't believe it?" Claire said. Right. No one ever believed it at first. Claire and Matthew had been best friends since seventh grade, and then, one night years later, when they were old enough to be horny and curious, Matthew had kissed her—on a school bus, at night. They were in the chorus together, returning from a trip to the old-folks' home. Not only was Matthew in the chorus, but he was also the lead tenor in the barbershop quartet, and that was the music the old people had liked best. "Sweet Rosie O'Grady." They clapped like mad, and Matthew hammed it up, bowing, and kissing an old woman's hand. Standing on the top riser in the soprano section, Claire had felt unaccountably proud of him. So on the dark bus heading back to school, they sat together as they had a hundred times before, and Claire rested her hand on Matthew's thigh, then her head on his shoulder, and the next thing she knew, they were kissing.

24

Monday morning's miracle is I have insurance.  As Emily
drives me home from the party, I'm relatively content.  I've done
everything I can to grieve to prepare.  The rest will come
naturally.  Beginning when I wake up in the recovery room.

"Are you ready to face the operation," Emily asks.  Both
black-gloved hands grip the steering wheel.  Her eyes are
fastened on a pedestrian crosswalk.  Her heart is in my lap.

"As much as I can be, I suppose.  Who knows how it's going
to be.  I have Amanda's take on the experience.  We're different
people.  I don't know how it will be for me.  I think I've done
as much as I can.  Poor Charley, he never realized his part in
it.  He never knew."

"You mean you haven't heard from him since he relapsed?
Don't you have any idea where he is or how he is?"  Emily's
devotion to the distraction is a little frightening.

"No.  You've known people like Charley.  You know how it is.
They fall off the screen.  Maybe they land in some small town in
Minnesota.  And work their way back home.  Maybe they pitch into
a hillside nose first."

"Don't you miss him, Bonnie?"  In the urban-dark Emily
searches my face.

"I can't afford to.  Charley has to recognize what he has
going for him.  Capitalize on it.  Otherwise, well, we both know

74

Infringement No. 25, Exhibit 25

*A Summer Affair*   ❧   *31*

ger. He'd had more than thirty hits. He'd been singing for nearly twenty years, since the summer after his and Claire's high school graduation, when he played the Stone Pony in Asbury Park and an agent heard him, and . . . yeah. Rock star. Claire's heart had been broken. God, had she cried, every night after the show, back behind the club, where it smelled like empty beer bottles and trash—she had cried and held on to Matthew's neck because she knew it was ending. She was going to RISD, and he was going to . . . California. To record an album. They had been different people then. He had really been a different person—Matthew Westfield—before he became Max West and played the inaugural parties in Washington, before he played for Princess Diana, before he sold out Shea Stadium six nights in a row, before he recorded a live album in Kathmandu, which went double platinum. Before he got married, twice, and went into rehab, three times.

"Yes, I know him. We went to high school together. He was my . . . boyfriend."

"That's what someone told me," Lock said. "But I didn't—"

"You didn't believe it?" Claire said. Right. No one ever believed it at first. Claire and Matthew had been best friends since seventh grade, and then, one night years later, when they were old enough to be horny and curious, Matthew had kissed her—on a school bus, at night. They were in the chorus together, returning from a trip to the old-folks' home. Not only was Matthew in the chorus, but he was also the lead tenor in the barbershop quartet, and that was the music the old people had liked best. "Sweet Rosie O'Grady." They clapped like mad, and Matthew hammed it up, bowing, and kissing an old woman's hand. Standing on the top riser in the soprano section, Claire had felt unaccountably proud of him. So on the dark bus heading back to school, they sat together as they had a hundred times before, and Claire rested her hand on Matthew's thigh, then her head on his shoulder, and the next thing she knew, they were kissing.

WHAT IF - Chapter 1                                              2

luxuriate in the sunshine on my way to training in a computer

database.  LexisNexis.  It will expand my skills as an

intellectual property paralegal.  Patents, trademarks, trade

secrets, copyrights.

At the training's end, I turn the corner into a 22nd floor

marble elevator corridor.  Smoothing the skirt of my black and

white print sheath, I'm not eager to return to the office.  I'd

rather click the heels of my black patent leather pumps.  But

work awaits.

The gray glass- and honey marble-paneled elevators ferry

bankers, economists, attorneys to the first floor of Marshall

Field, Jr.'s 45-story office building.

Marshall Field initiated its construction to employ

tradesmen idled by the Great Depression.  He chose only the

finest materials.  Now the LaSalle Bank Building, the Art Deco

design included a penthouse for his mistress.  Today it's the

Chicago office of an Indianapolis intellectual property law firm.

Framed in green marble, eight pairs of black-lacquered doors

striped in bottle green await.  The far left pair slides open.  I

step inside.

The animated conversation stops abruptly.  Curious, I glance

at the four men.  Charley Walker is all I see.  I knew him in

college.  Now, he's a rock 'n' roll legend!  Everything else

vanishes.

25

Infringement No. 26, Exhibit 26

ger. He'd had more than thirty hits. He'd been singing for nearly twenty years, since the summer after his and Claire's high school graduation, when he played the Stone Pony in Asbury Park and an agent heard him, and . . . yeah. Rock star. Claire's heart had been broken. God, had she cried, every night after the show, back behind the club, where it smelled like empty beer bottles and trash—she had cried and held on to Matthew's neck because she knew it was ending. She was going to RISD, and he was going to . . . California. To record an album. They had been different people then. He had really been a different person—Matthew Westfield—before he became Max West and played the inaugural parties in Washington, before he played for Princess Diana, before he sold out Shea Stadium six nights in a row, before he recorded a live album in Kathmandu, which went double platinum. Before he got married, twice, and went into rehab, three times.

"Yes, I know him. We went to high school together. He was my . . . boyfriend."

"That's what someone told me," Lock said. "But I didn't—"

"You didn't believe it?" Claire said. Right. No one ever believed it at first. Claire and Matthew had been best friends since seventh grade, and then, one night years later, when they were old enough to be horny and curious, Matthew had kissed her—on a school bus, at night. They were in the chorus together, returning from a trip to the old-folks' home. Not only was Matthew in the chorus, but he was also the lead tenor in the barbershop quartet, and that was the music the old people had liked best. "Sweet Rosie O'Grady." They clapped like mad, and Matthew hammed it up, bowing, and kissing an old woman's hand. Standing on the top riser in the soprano section, Claire had felt unaccountably proud of him. So on the dark bus heading back to school, they sat together as they had a hundred times before, and Claire rested her hand on Matthew's thigh, then her head on his shoulder, and the next thing she knew, they were kissing.

WHAT IF — Chapter 3                                              32

"Spotting your picture on the cover I said, 'That's Charley
Walker.' She read the liner notes and agreed. You had been.
You'd changed your name. She, of course, didn't believe I knew
you. We were in Alexandria, Virginia after all. More than a
thousand miles from the 'U.'"

"In that moment, I accepted that no one would believe me.
Later it helped me understand why people didn't believe I worked
for Jacqueline Kennedy. At the time, Monday through Friday I
descended the stairway to read her sympathy mail. That seemed
equally improbable. Despite a signed copy of the lithograph,
"The Green Room,"[1] hanging in my dining room.

"It was the Kennedys' 1963 Christmas gift to the White House
staff. Both penned their signatures to it shortly before going
to Dallas.

The country house fire destroyed the original White House
framing. After spending six months to conserve it, Douglas
Kenyon reframed it. The lithograph is one of my few possessions
that predates April 4, 1975, and was in the house at the time of
the fire."

"It must have been devastating. That's the second time
you've mentioned it."

"It was, for all of us. It's one of those markers, Charley.
Everything dates to either before or after the fire."

Infringement No. 27, Exhibit 27

"It's not that I didn't *believe* it," Lock said. "It's just that, I don't know . . . he's so famous."

"But he wasn't then," Claire said. "Back then he was just a kid, like the rest of us."

"The question is," Lock said, "can we get him?"

"I can try."

"For free?"

Claire sipped her wine. "I can try."

Lock leaned toward her. His eyes were bright. He had very kind eyes, Claire thought. Very kind or very sad. "You would do that?"

"All I have to do is track him down," she said. She wrote on the first line of the first page of her notebook: *find Matthew.* That would be the hard part, finding him. "I haven't talked to him in years."

"Really?" Lock said. Now he sounded worried and possibly even suspicious. "Do you think he'll remember you?"

"I was his high school sweetheart," Claire said. "You don't forget your high school sweetheart, do you?"

Lock was staring at her. Claire felt the trill of the piccolo travel up her spine, and the bass notes of the tuba reverberate in her stomach. Being with Lock, alone, in this "meeting," was messing her up. Or maybe it was thinking about Matthew that was making her feel this way—like a teenager, like she was forming a crush, like the world was filled with outlandish romantic possibilities.

"What else?" she said.

Before he could answer, Claire's eye caught on something on the bookshelves to the left of the twenty-paned window. It was a glass vase with green and white tiger stripes and a star-shaped opening. It was one of Claire's pieces, right there in her direct line of vision, but she hadn't noticed it until that second. It was like not recognizing one of her own children. She stood up and took the vase off the shelf, turned it in the light. Two summers earlier, when she was between commissions, she had made twelve of these

luxuriate in the sunshine on my way to training in a computer database.  LexisNexis.  It will expand my skills as an intellectual property paralegal.  Patents, trademarks, trade secrets, copyrights.

At the training's end, I turn the corner into a 22nd floor marble elevator corridor.  Smoothing the skirt of my black and white print sheath, I'm not eager to return to the office.  I'd rather click the heels of my black patent leather pumps.  But work awaits.

The gray glass- and honey marble-paneled elevators ferry bankers, economists, attorneys to the first floor of Marshall Field, Jr.'s 45-story office building.

Marshall Field initiated its construction to employ tradesmen idled by the Great Depression.  He chose only the finest materials.  Now the LaSalle Bank Building, the Art Deco design included a penthouse for his mistress.  Today it's the Chicago office of an Indianapolis intellectual property law firm.

Framed in green marble, eight pairs of black-lacquered doors striped in bottle green await.  The far left pair slides open.  I step inside.

The animated conversation stops abruptly.  Curious, I glance at the four men.  Charley Walker is all I see.  I knew him in college.  Now, he's a rock 'n' roll legend!    Everything else vanishes.

27

Infringement No. 28, Exhibit 28

"It's not that I didn't *believe* it," Lock said. "It's just that, I don't know . . . he's so famous."

"But he wasn't then," Claire said. "Back then he was just a kid, like the rest of us."

"The question is," Lock said, "can we get him?"

"I can try."

"For free?"

Claire sipped her wine. "I can try."

Lock leaned toward her. His eyes were bright. He had very kind eyes, Claire thought. Very kind or very sad. "You would do that?"

"All I have to do is track him down," she said. She wrote on the first line of the first page of her notebook: *find Matthew.* That would be the hard part, finding him. "I haven't talked to him in years."

"Really?" Lock said. Now he sounded worried and possibly even suspicious. "Do you think he'll remember you?"

"I was his high school sweetheart," Claire said. "You don't forget your high school sweetheart, do you?"

Lock was staring at her. Claire felt the trill of the piccolo travel up her spine, and the bass notes of the tuba reverberate in her stomach. Being with Lock, alone, in this "meeting," was messing her up. Or maybe it was thinking about Matthew that was making her feel this way—like a teenager, like she was forming a crush, like the world was filled with outlandish romantic possibilities.

"What else?" she said.

Before he could answer, Claire's eye caught on something on the bookshelves to the left of the twenty-paned window. It was a glass vase with green and white tiger stripes and a star-shaped opening. It was one of Claire's pieces, right there in her direct line of vision, but she hadn't noticed it until that second. It was like not recognizing one of her own children. She stood up and took the vase off the shelf, turned it in the light. Two summers earlier, when she was between commissions, she had made twelve of these

The royal blue carpeted stairway, lined in mirrors and marble, reminds me of the former Tulleries. By proximity I'm transformed from a lowly paralegal to the likes of Queen Elizabeth and Princess Diana.

The guests are successful business people and affluent tourists. The 3,000 sq ft. Presidential Suite is $2,500 a night to sleep in Queen Elizabeth and Prince Philip's bed. Among the guests, there are few, if any other paralegals. Either they're lodged in another hotel or still back at the office.

The Drake caters to those who grew up affluent or have long grown accustomed to it. The kind of wealth not easily dissipated, even with concerted effort. The drunks and profligates have been shooed away. Or have rejected the Drake's staid predictability.

I wonder why Charley chooses it? His must be the only denim jacket in the lobby. But perhaps not. Rapper R. Kelly rented the fourth and fifth floors, including the Presidential Suite, to shoot a music video.

Did Charley grow up in an affluent family? I can't remember. He joined a fraternity, so his family must have been solvent.

This aspect of Charley comes as a complete surprise. It's something I've never considered. Charley is so much about his music, I've never thought of him as a person with a childhood.

Parents, grade school, playmates.  Like the rest of us.  It's
mind-boggling.

Could there be a perfectly ordinary little girl in white
gloves just learning to dance backwards.  Perhaps there's a
rationale for Charley's interest in such an ordinary, middle-aged
woman.  With folks regularly living to be 100, 64 is no longer
old.

Was Charley just a regular kid like any in my high school
graduating class?  Albeit on the cusp of greatness.  Just an
ordinary kid?  How did Charley get from there to rock legend?
Much of that history is unknown to me.  Much by preference.


Like the ancestors stashed in my DNA, I mount the Drake's
regal stairway and survey the holiday-dressed lobby.  Under the
enormous crystal chandelier, there's only one seating area to
await Charley's appearance.  It's tucked under the Palm Court
balcony.  I'm far enough from the front desk to observe him
surreptitiously for a few moments.  If he doesn't look around for
me.

In place of the right-hand seating area is a winter
tableaux.  I cross the lobby to watch a miniature train skirt the
white picket fence.  Small children mirror my excitement as they
attempt to climb it.  Each miniaturized animation vies for my
attention.

Infringement No. 29, Exhibit 29

*A Summer Affair* ⚭ 35

years by next August, right? This would be your triumphant return."

"But art is subjective. What if I make something and nobody likes it?"

"You're a genius."

"Now you're teasing me."

"Tell you what," he said.

"What?" Claire said.

He was quiet, looking at her, the hint of a smile on his face. Claire was confounded. He was teasing her and she was enjoying it. Her sensibilities were aroused, her intelligence piqued. Lock Dixon was, perhaps, the only person in the world—short of her handful of patrons—who cared if she started blowing glass again. But he couldn't egg her into it just because he was a man, a wealthy man, a man who had poured her a glass of wine, a man whose wife Claire had unintentionally wronged. He couldn't make her do it. She *did* have boundaries!

"What?" she said again.

"I'll bid fifty thousand dollars on it myself."

"What?" Claire said, incredulous now.

He bent over to look her in the eye. His face was so close she could have kissed him. Just the fleeting thought of kissing him put the color back into her cheeks. She pushed him away mentally and backed up a few inches in her chair.

"You will not."

"I will. Fifty thousand dollars. If you create a piece for the auction, a real Claire Danner Crispin original, museum quality, one-of-a-kind, whatever your mind's eye comes up with, I will bid fifty thousand dollars on it myself."

Claire shook her head. He was kidding. He had to be kidding: fifty thousand dollars was the sum of his take-home pay as executive director.

"You're nuts," she said.

"Maybe I am," he said, in a way that seemed to have meaning,

29

"It goes two ways, Bonnie.  Good night."  Reluctantly
Charley, too, stands.

Does he know I lied?  Awkwardly we face each other in the
intimate alcove.  An alcove that has undoubtedly cowed many
females.  I want what I can't have.  Charley is just too raw to
be aggressive.  I don't dare look at him.  My desire would sweep
him into my arms.

Quickly I cross to the hall connecting to the master
bedroom.  Similar to one in the Pennsylvania house where I
learned polite conversation with powerful men, shell side chairs
are tucked into mirrored alcoves on either side of the door.
Guarding the entrance to the master bedroom.  It has no other
exit.

Once inside, automatically I reach back to lock the door.
An inspection of the suite's master bedroom tells me there are no
locks.  No boundaries.  My only security is Charley's honor and
sobriety.  I'm pretty sure he'll keep his word.

Wistfully I gaze at Queen Elizabeth's two-poster bed.  Its
king-size glory concealed under a cream, white and gold spread.
A harmony repeated in the drapes framing a darkened Oak Street
Beach.

My ancestors would have held court in this room.  I'd have
dallied with Charley in the sitting area next to the window.
They had such power.  I do not.  I'm frustrated I couldn't have

29

Infringement No. 30, Exhibit 30

years by next August, right? This would be your triumphant return."

"But art is subjective. What if I make something and nobody likes it?"

"You're a genius."

"Now you're teasing me."

"Tell you what," he said.

"What?" Claire said.

He was quiet, looking at her, the hint of a smile on his face. Claire was confounded. He was teasing her and she was enjoying it. Her sensibilities were aroused, her intelligence piqued. Lock Dixon was, perhaps, the only person in the world—short of her handful of patrons—who cared if she started blowing glass again. But he couldn't egg her into it just because he was a man, a wealthy man, a man who had poured her a glass of wine, a man whose wife Claire had unintentionally wronged. He couldn't make her do it. She *did* have boundaries!

"What?" she said again.

"I'll bid fifty thousand dollars on it myself."

"What?" Claire said, incredulous now.

He bent over to look her in the eye. His face was so close she could have kissed him. Just the fleeting thought of kissing him put the color back into her cheeks. She pushed him away mentally and backed up a few inches in her chair.

"You will not."

"I will. Fifty thousand dollars. If you create a piece for the auction, a real Claire Danner Crispin original, museum quality, one-of-a-kind, whatever your mind's eye comes up with, I will bid fifty thousand dollars on it myself."

Claire shook her head. He was kidding. He had to be kidding: fifty thousand dollars was the sum of his take-home pay as executive director.

"You're nuts," she said.

"Maybe I am," he said, in a way that seemed to have meaning,

WHAT IF - Chapter 5                                                    57

"He just thought . . ..    I just thought . . .."

"Please take it back," I interject.    "Thank the bartender
for his thoughtfulness and bring a diet soda.    On my account,
this evening my friend is abstaining."

*Another bad moment, another rescue, Bonnie.*

Why do I think Charley can't do it?    He isn't the boy I
remember.    I forget that life shook him roughly before dropping
him on his face.    He survived the fall.    Or, did he?    How long
has he been sober?    Years or just this afternoon?

The bentwood chair creaks as I back up in it.    From the
moment of authority my hands droop to the white linen tablecloth.
Only Charley can choose.    I'm only here for another hour or so.
He has to make his own choices.    My arrogance and presumption
embarrass me.

I've just lapsed into an ancient relationship pattern:
rescue and control to hang onto a man.    Of course it never
worked.    Men stay for their own reasons, their own control.    It's
an illusion.    Perhaps as illusory as wealth and notoriety.    Only
careful planning preserves the fortunes of youth.

Is careful planning a reliable corollary for relationships?
If I make regular investments with friends and family, will the
bonds of trust and affection grow like a 401k?    It's one of the
most novel and intriguing notions of my life.    Is Charley such an
experiment?

*30*

Infringement No. 31, Exhibit 31

*A Summer Affair*   &   45

she had forgotten herself. And that was the reason Claire was so thin; it had nothing to do with yoga.

The phone rang. Would it be Lock? One thing about cochairing the summer gala was that the phone would ring and it would be Lock, or Isabelle French—or Matthew!—instead of Jeremy Tate-Friedman, her client from London, telling her he'd had a dream about an orchestra that played instruments made of glass. Would Claire, for the right price, consider making a glass flute, one that actually worked? (Her career had been subject to—indeed, dependent on—the eccentricities of a handful of very wealthy people.) Claire checked the caller ID: it was Siobhan. But Claire didn't pick up the phone; she had too much on her mind. It was still Lock. Okay, this was pitiful. The man was following her around her own house like a ghost who had unfinished business with the living. Why? What did he want? He wanted her to create a museum-quality piece of glass for the auction. He wanted her to burst out of retirement, like a woman jumping out of a cake, in front of a thousand paying guests. Break the shackles of motherhood, emerge from the cave where she had been shutting herself away like a hermit. She had been out of the hot shop for months and—*Just admit it, Claire!*—she missed it. A part of her yearned for it. People like Jeremy Tate-Friedman called, and Elsa, the woman who owned the shop Transom, called. (Would Claire produce another *Jungle Series?* The vases had sold so quickly!) But these people did not provide the right impetus for Claire to return to the hot shop. Lock, somehow, had pushed a different button. He had used the element of surprise. He read *GlassArt;* he knew not only her piece at the Whitney but her piece at the Yankee Ingenuity Museum in Shelburne, Vermont, as well. He appreciated her work, and hence he appreciated her, Claire, in a way that few other people did. Who would have guessed? Lock Dixon was a fan. He had always made her nervous; Claire thought this was because of Daphne and the accident.

But maybe not.

\*   \*   \*

**31**

It's simple. I've lost my gratitude. I'm so busy looking at the hole, I've completely missed the treasures stacked up all around it.

I forgot the brilliance of my granddaughter's eye. The chatter of my ten-year-old grandson, demanding my attention. The breadth and depth of his comprehension and understanding. I forgot sharing lunchroom meals with Valerie. The love and warmth circulating each Thursday night at the pushed-together tables. The joy of walking to Mass in the sunshine. The pleasure of a shower. The challenge of a cease-and-desist letter. The satisfaction of an occasional client thank-you.

Finally, it's time to call Emily and schedule her birthday dinner. It passed with just a card in the mail. No gift. No phone call. If she wonders to where I've disappeared, she hasn't said.

I think, as is her bent, she's allowing me to lick my wounds and emerge from the cave. Well, I have. I'm ready to stand in the entrance and roar. I've let go of what can't be. I've accepted what is. Today I'm willing to rejoin my life already in progress.

Wherever I'm going, there will be people who want to spend time with me. Even if Charley made a different choice. Even if I'll never again be a woman pregnant on every form of contraception. I've risen from the dead. It feels as real as

*31*

Infringement No. 32, Exhibit 32

Claire wondered if Lock Dixon had ever seen the inside of a hot shop. If he was willing to pay fifty thousand dollars for a piece of glass, then he must know something about the craft. Maybe he had been to Simon Pearce; there were two studios now where you could watch the guys blow out a few goblets, then go upstairs to a fancy restaurant and eat a warm goat cheese salad with candied pecans. Or maybe Lock had seen glass blown in Colonial Williamsburg or Sturbridge Village, or on a school trip to Corning. She would ask him the next time they were alone. Would they ever be alone again? Why did she care? Did she find Lock Dixon attractive? Well, he was twenty pounds overweight and balding on top, so no, he wasn't Derek Jeter or Brad Pitt, and he wasn't a twenty-year-old hunk, like the kid who worked for Santos Rubbish. He wasn't as handsome as Jason (who had a washboard stomach and a thick head of blond hair). But Lock had nice eyes—and that smile. There had been something between them last night in the office—a connection, an energy—that had not been present during lunch at the yacht club or at the handful of board meetings that Claire had attended. A spark, something that caught fire and smoldered. Claire's interest, her desire. But why? This was the kind of question Siobhan *loved:* Why this person and not that person? Why now and not before? Why did love, lust, romance, even the real, deep, and true stuff you felt for your husband, always mellow (and then, in some cases, sour)? And if the mellowing was inevitable, did that mean you simply gave up that tingling, stomach-swooping, giddy, God-I'm-in-love-or-lust feeling forever? Were you left with your hopeless crush on George Clooney or the UPS man? Siobhan could talk about this stuff for hours as she filled phyllo with lobster meat and fresh corn, but until today, these questions had never interested Claire. Until today, she couldn't have cared less.

Claire's hot shop was locked up like Fort Knox. When she worked, the furnace ran night and day, and so the term "hot shop" was something of an understatement. Jason called it the Belly of

I make every effort to put the conversation away.  I cannot afford to reflect on it.  Nor mine it for the nuggets of hope I know are there.

While still willing, I pick up the receiver and dial Emily's number.  She, I know, will set me straight in a hurry.  Not only does she want me to be happy, I'm sure she's biased against Charley.

"Em, Charley just called.".  I relax in the safety of Em's control.

"Are you nuts?"

"I hope not.  I told him to talk to Christine, not me.  I called you so you would tell me I did the right thing."

"Of course you did.  Are you disappointed?  Did he hurt your feelings?"  Her concern is obvious.

"He didn't even try.  He's just frustrated from cutting through the brush to get to the fountain.  He knows the water is sweet and exhilarating.  He wants it, but his arm is weary from swinging the machete."

"Why do you bother?  He's not even handsome.  What can you possibly see in him besides his money?  Which I know you don't care about.  Otherwise you'd still have your last job."

"Em, that cut was a little too deep."  I drop back into the chair to recover.

"Sorry.  You know I only have your best interests at heart."

*32*

Infringement No. 33, Exhibit 33

Claire wondered if Lock Dixon had ever seen the inside of a hot
shop. If he was willing to pay fifty thousand dollars for a piece of
glass, then he must know something about the craft. Maybe he
had been to Simon Pearce; there were two studios now where you
could watch the guys blow out a few goblets, then go upstairs to
a fancy restaurant and eat a warm goat cheese salad with candied
pecans. Or maybe Lock had seen glass blown in Colonial Wil-
liamsburg or Sturbridge Village, or on a school trip to Corning.
She would ask him the next time they were alone. Would they
ever be alone again? Why did she care? Did she find Lock Dixon
attractive? Well, he was twenty pounds overweight and balding
on top, so no, he wasn't Derek Jeter or Brad Pitt, and he wasn't a
twenty-year-old hunk, like the kid who worked for Santos Rubbish.
He wasn't as handsome as Jason (who had a washboard stomach
and a thick head of blond hair). But Lock had nice eyes—and
that smile. There had been something between them last night in
the office—a connection, an energy—that had not been present
during lunch at the yacht club or at the handful of board meetings
that Claire had attended. A spark, something that caught fire and
smoldered. Claire's interest, her desire. But why? This was the kind
of question Siobhan *loved:* Why this person and not that person?
Why now and not before? Why did love, lust, romance, even the
real, deep, and true stuff you felt for your husband, always mellow
(and then, in some cases, sour)? And if the mellowing was inevi-
table, did that mean you simply gave up that tingling, stomach-
swooping, giddy, God-I'm-in-love-or-lust feeling forever? Were
you left with your hopeless crush on George Clooney or the UPS
man? Siobhan could talk about this stuff for hours as she filled
phyllo with lobster meat and fresh corn, but until today, these
questions had never interested Claire. Until today, she couldn't
have cared less.

Claire's hot shop was locked up like Fort Knox. When she
worked, the furnace ran night and day, and so the term "hot shop"
was something of an understatement. Jason called it the Belly of

"No, Charley. It would be a wasted trip. Your plans are your plans. I don't hear much about me in them except me doing what you want me to do."

"Oh. But I am thinking about you. I know how happy you would be here."

"I'd slip into Christine's shoes without checking the designer or color. I'm geared to live my own life, not become an adjunct to yours. You're a great guy, Charley. That would only lead to something neither of us would admire."

"Is that it, Bonnie? Are we done?"

"No, Charley. You have some work to do in Los Angeles. We'll see where we are when you're ready. Perhaps by then I will be ready for a sexual relationship. I'm certainly not ready now. Not with anyone."

"This is not the end, Bonnie. I won't hold still for it."

"I'm sure it isn't, Charley. It has too much energy to shrivel into nothing."

"That's what I'm talking about. The energy. I can feel it when I talk to you. When I think about you. When we're sitting in the backseat of the car.

I hear a resolute breath. "I'm not going away, Bonnie. Think about it for a couple of days. I call you at the end of the week. Maybe you'll come to your senses by then."

**33**

Infringement No. 34, Exhibit 34

somewhere on her DNA. She was drawn to the flame, to the unsafe temperatures, to the blinding light. A blob of molten glass on the end of a blowpipe contained her life's meaning, even though it was hot and dangerous. She had burned herself and cut herself too many times to remember; she had scars with stories she'd forgotten. But she loved working with glass the way she loved her children—unconditionally, and despite the real possibility of failure. Molten glass fell to the floor, she marvered incorrectly and came out with something lopsided, she blew a piece too thin, she necked incorrectly and could not transfer the piece to the punty, she cooled a piece too quickly and it shattered in the annealer. There was nothing about glass that was forgiving; it was a craft, but also a science. It took precision, concentration, practice.

She found a half-empty sketchbook on her worktable. *Museum-quality piece?* The piece at the Whitney was a sculpture of thinly blown-out spheres—so thinly blown that they had to be placed in a soundproof room—all of which held hints of prismatic color and interlocked like soap bubbles. The sculpture was called *Bubbles III.* (*Bubbles I* and *II* were housed in the private galleries of Chick and Caroline Klaussen and Chick Klaussen sat on the board of the Whitney.) The Yankee Ingenuity Museum displayed a set of nesting vases with differently shaped openings. When you looked down into the vases, it was like looking into a kaleidoscope. Claire had done the vases in sea colors—turquoise, cobalt, jade, celadon. Claire and Jason and the kids had traveled to Vermont to see the vases on display. The vases were lovely and well displayed in the small, rustic museum, though they didn't compare to the *Bubbles* at the Whitney. Claire couldn't do another in the *Bubbles* series for the auction; that would be like Leonardo repainting the *Mona Lisa.* But Claire could possibly create another set of nesting vases. Would they be worth fifty thousand dollars?

The door opened and the room filled with breeze. Claire turned. Pan stood in the doorway. Claire felt like she'd been caught.

"Where's Zack?" Claire said.

34

WHAT IF - Chapter 15                                        196

Parents, grade school, playmates.  Like the rest of us.  It's
mind-boggling.

     Could there be a perfectly ordinary little girl in white
gloves just learning to dance backwards.  Perhaps there's a
rationale for Charley's interest in such an ordinary, middle-aged
woman.  With folks regularly living to be 100, 64 is no longer
old.

     Was Charley just a regular kid like any in my high school
graduating class?  Albeit on the cusp of greatness.  Just an
ordinary kid?  How did Charley get from there to rock legend?
Much of that history is unknown to me.  Much by preference.


     Like the ancestors stashed in my DNA, I mount the Drake's
regal stairway and survey the holiday-dressed lobby.  Under the
enormous crystal chandelier, there's only one seating area to
await Charley's appearance.  It's tucked under the Palm Court
balcony.  I'm far enough from the front desk to observe him
surreptitiously for a few moments.  If he doesn't look around for
me.

     In place of the right-hand seating area is a winter
tableaux.  I cross the lobby to watch a miniature train skirt the
white picket fence.  Small children mirror my excitement as they
attempt to climb it.  Each miniaturized animation vies for my
attention.

*34*

Infringement No. 35, Exhibit 35

*A Summer Affair*   ❦   *51*

J.D. huffed. "Of *course*," he said.

Claire smiled. She was not Julie Andrews, these were not the von Trapp children, these were children who had apparently done nothing during a whole day of school—but everything was okay. She had gone into the hot shop, but the fact of the matter was, she liked her life the way it was now. She was consumed with making sure the kids had what they needed. Because she had spent so much time mooning over her sketchbook, she had forgotten to put the laundry in the dryer, and she hadn't done anything about dinner, so things would be insane when she got home, and there would be Zack to deal with because Pan was off at five. Claire didn't have time to create a museum-quality piece. And yet the feeling remained, the tug. The pulled-taffy chandelier was the most exciting idea she'd had in a long time. Claire turned into the parking lot of the town recreational fields. The rec fields were the site of the summer gala; they were the only place big enough to accommodate the tent and a concert for a thousand people. Claire wondered if there was any reason she would see Lock Dixon at the rec fields, and decided the answer was no.

The soccer fields were a great place to get a glimpse of "Nantucket's children." On Shea's team alone, the kids spoke five languages—there were two Haitian girls, a Bulgarian boy, a pair of Lithuanian twins whose parents were deaf (they spoke English, Lithuanian, and Lithuanian sign language). The diversity was amazing, it was exciting; the soccer program was well organized and impeccably administered. It was funded by Nantucket's Children.

When Claire saw her own group of friends—Delaney Kitt, Amie Trimble, Julie Jackson—she felt the way men must feel about their fellow soldiers: *We're all in the foxhole together, fighting the same war.* Raising young children, enjoying them, because they would only be young once.

Claire walked up to Julie Jackson. Julie was a natural beauty; she had curly blond hair and was even thinner than Claire (kick-

"Allow yourself that, Charley."  The challenge brings me to my feet.  "Do something hard.  Give yourself a chance.  See your current relationship through to the end.  Then you'll be open to whatever God sends, whether it's me, someone else or just a new self."

"But that's not what I want."  Do rock stars really whine? "I want you to come to Los Angeles.  I can't leave right now."

"So I can be named corespondent, Charley?"  I'm certain the sarcasm will elude him.

"It's not like that anymore.  I want you to come and build a life here.  Then we'll see where our relationship goes.  Maybe it will grow into something we both want to last a long time."

"And if it doesn't?  I've already told you why I'm not interested in moving to L.A.  My life is here.  My job prospects are here.  My children are here.  My friends are here.  I've moved 49 times.  I know what it's like to start over some place new.  I don't want to do that.  I like my life the way it is. With or without a romantic interest."

"You mean with or without me?"

"I suppose I do."  With resignation, I return to the chair.

"I'm going to get on a plane right now.  Come back there and talk some sense into you.  You might as well start packing."

35

Infringement No. 36, Exhibit 36

J.D. huffed. "Of *course,*" he said.

Claire smiled. She was not Julie Andrews, these were not the von Trapp children, these were children who had apparently done nothing during a whole day of school—but everything was okay. She had gone into the hot shop, but the fact of the matter was, she liked her life the way it was now. She was consumed with making sure the kids had what they needed. Because she had spent so much time mooning over her sketchbook, she had forgotten to put the laundry in the dryer, and she hadn't done anything about dinner, so things would be insane when she got home, and there would be Zack to deal with because Pan was off at five. Claire didn't have time to create a museum-quality piece. And yet the feeling remained, the tug. The pulled-taffy chandelier was the most exciting idea she'd had in a long time. Claire turned into the parking lot of the town recreational fields. The rec fields were the site of the summer gala; they were the only place big enough to accommodate the tent and a concert for a thousand people. Claire wondered if there was any reason she would see Lock Dixon at the rec fields, and decided the answer was no.

The soccer fields were a great place to get a glimpse of "Nantucket's children." On Shea's team alone, the kids spoke five languages—there were two Haitian girls, a Bulgarian boy, a pair of Lithuanian twins whose parents were deaf (they spoke English, Lithuanian, and Lithuanian sign language). The diversity was amazing, it was exciting; the soccer program was well organized and impeccably administered. It was funded by Nantucket's Children.

When Claire saw her own group of friends—Delaney Kitt, Amie Trimble, Julie Jackson—she felt the way men must feel about their fellow soldiers: *We're all in the foxhole together, fighting the same war.* Raising young children, enjoying them, because they would only be young once.

Claire walked up to Julie Jackson. Julie was a natural beauty; she had curly blond hair and was even thinner than Claire (kick-

babies.  Yet I sure don't want to think I'll never have sex
again.

   Such tension negotiates some of my work relationships.  A
little flirting promotes an interesting day.  A day stretched out
by billing requirements, examiners, clients and the ubiquitous
internet.

   At home with the children, what I suspected about the office
was actually true.  Few did or do take it seriously, however.
The subtle attractions push us into a morning shower and
presentable clothing.  Consider your co-worker whom depression
has stripped of any sexual interest.  Personal hygiene is one of
the first considerations to go.  Attraction also sheaths
otherwise aggressive behaviors.

   It's different with women.  They're my buds.  At our age,
we've slugged through the same trenches.  Hammered on the same
doors.  Bear similar scars, harbor secret aches, tucked away
comparable dreams.

   I love the women at the Thursday night dinners.  Although
there's no attraction, I'd go out in the middle of this
afternoon's rain, sleet and snow, if one of them were in a bad
spot.  Because I know how it feels.  Together we can face down
almost anything.  Have.

*36*

Infringement No. 37, Exhibit 37

"You bet," Claire said. She pushed her cart all the way to the ham, bacon, smoked sausages, pickles, and sauerkraut. She could feel Daphne Dixon behind her, but she was afraid to check. She stopped, feigning interest in sauerkraut, thinking that rather than have Daphne Dixon shadow her through the store, she would let Daphne pass her. She fingered a package of sauerkraut—Claire liked it, but no one else in the house did—and then she studied a jar of kosher dills.

"Pickles?" Daphne Dixon said. Claire was so spooked, she nearly dropped the jar. Daphne was right up against her back. "You're not pregnant again, are you, Claire?"

Again, Claire laughed. "No," she said.

"You're sure? That was one of the things I said to Lock. The problem with asking you to cochair is that you're always getting pregnant."

"I'm not pregnant."

"At least you're having sex," Daphne said. "Which is more than we can say about yours truly. And if you're having orgasms, then you're really one up on me."

Claire was annoyed to find her interest piqued by these statements. Lock and Daphne didn't sleep together? So *did* Lock have a thing for Isabelle French? Was Claire stepping right into the middle of a messy situation? Friend from college, divorced . . . what if it had been Isabelle at the cozy meeting the week before, and not Claire? Would something have happened between them? But Claire had to cut bait here. Daphne was like an unsightly piece of toilet paper that Claire had dragged out of the ladies' room on her high heel.

"Do you ever shower?" Daphne said. She sniffed in Claire's general direction, and Claire looked down at her clothes: yoga pants, ratty sneakers, a white T-shirt that had turned pale gray and had a juice stain on the sleeve that looked like a gunshot wound. She had done some yoga positions that morning, she had attempted the sketch of the chandelier, she had had twenty phone conversations about Liam's arm—what the doctor had said, the impending

WHAT IF – Chapter 1                                                    14

For two weeks I was in quarantine with Asian Flu. No one visited except my aunt. Father thought Asian Flu an appropriate consequence for my disobedience. From the hospital bed, I graduated to my aunt and uncle's couch. I hacked and coughed for another two weeks. The terpin hydrate with codeine failed to quell the cough. However, it cast a cloud I would learn to hide in.

Despite our planned coffee date, I did not see Charley again. By the time I returned to the dorm, I didn't think to call him. Should I have been so forward. The dorm mother neglected to mention his calling on me. Nor his anger when she said I wasn't there.

By second semester, Charley had abandoned school for the gritty future preceding his incredible success. Today I wonder if he weren't already angry that first night in front of the men's residence. Or, was he rubbed raw by rock after rock in his legendary climb.

The following April I, too, withdrew. One Friday evening while I washed dishes, my uncle said no one would hire me as an engineer. Because I'd get pregnant. I ask him why I was in college. He said, he'd wondered that, too.

However, I did salvage my mission at the university. With three sorority sisters, in February I traveled to another college. That evening we gathered in the living room of a

*39*

Infringement No. 38, Exhibit 38

"You bet," Claire said. She pushed her cart all the way to the ham, bacon, smoked sausages, pickles, and sauerkraut. She could feel Daphne Dixon behind her, but she was afraid to check. She stopped, feigning interest in sauerkraut, thinking that rather than have Daphne Dixon shadow her through the store, she would let Daphne pass her. She fingered a package of sauerkraut—Claire liked it, but no one else in the house did—and then she studied a jar of kosher dills.

"Pickles?" Daphne Dixon said. Claire was so spooked, she nearly dropped the jar. Daphne was right up against her back. "You're not pregnant again, are you, Claire?"

Again, Claire laughed. "No," she said.

"You're sure? That was one of the things I said to Lock. The problem with asking you to cochair is that you're always getting pregnant."

"I'm not pregnant."

"At least you're having sex," Daphne said. "Which is more than we can say about yours truly. And if you're having orgasms, then you're really one up on me."

Claire was annoyed to find her interest piqued by these statements. Lock and Daphne didn't sleep together? So *did* Lock have a thing for Isabelle French? Was Claire stepping right into the middle of a messy situation? Friend from college, divorced . . . what if it had been Isabelle at the cozy meeting the week before, and not Claire? Would something have happened between them? But Claire had to cut bait here. Daphne was like an unsightly piece of toilet paper that Claire had dragged out of the ladies' room on her high heel.

"Do you ever shower?" Daphne said. She sniffed in Claire's general direction, and Claire looked down at her clothes: yoga pants, ratty sneakers, a white T-shirt that had turned pale gray and had a juice stain on the sleeve that looked like a gunshot wound. She had done some yoga positions that morning, she had attempted the sketch of the chandelier, she had had twenty phone conversations about Liam's arm—what the doctor had said, the impending

WHAT IF - Chapter 27                                              356

"I can't, Bonnie.  I just can't.  You don't know what it's
like.  Temptation is everywhere."

"You're undoubtedly right.  That was certainly my impression
when I was there."

"Don't make me remember.  It all started on the way home
from the airport.  I cracked a Rolling Rock in the backseat.
'Who needs Bonnie,' I told myself.

"Unfortunately, I believed it.  It didn't take long to find
the first drug.  Amphetamines.  To combat the depression.  Then
cocaine.  The other shit just drifted in like toilet paper stuck
to my shoe.  It's awful.  You have to save me."

"I'll say it again, Charley.  Only you can save you.  Get
your ass to a meeting.  Stay there until someone drives you to a
halfway house.  Go.  Don't tell them you who are.  Stay until
they think you're trustworthy with your own safety."

I recall those who actually took my advice.  To good result.
I have no such hope for Charley.  His voice is clogged with self-
pity, not desperation.

"It's your life, Charley.  Only you can save it."  I don't
even feel sorry for him.  He beat me to it.  "While you still
have money in the bank, Charley, go to the bottom.  Before your
addiction takes you there.  You have to surrender.  You have to
know your disease has you by the balls.  Ask the counselors

38

Infringement No. 39, Exhibit 39

60   ❧   *Elin Hilderbrand*

surgery—but she had not showered. Should she explain to Daphne about Liam, Siobhan, Children's Hospital, the roast chicken? She didn't smell like flowers, certainly, but did she stink? It was true that you couldn't smell yourself. Maybe she did stink. But Daphne stank, too—like vinegar.

"I do shower," Claire said, "though I haven't yet today. I haven't had a chance."

"That's the other thing about Lock asking you to chair the gala. Everyone knows you're stretched out like old gum. Four kids, one of them a baby, and you let your career go down the tubes . . ."

"My career didn't go down the tubes," Claire said.

"Lock and I love your glass. But now it's gone." Daphne snapped her fingers. "Dust. Vapor." She took a deep, dramatic breath. "We need the gala to succeed, Claire. We need someone who can give it a *dedicated effort.*"

Claire felt tears prick her eyelids. And that was the problem, now, with Daphne: she told you the unadulterated truth about yourself until you cried. She didn't do it to be mean; she simply couldn't help herself. Minutes earlier, Claire had been thinking about how things weren't connected, how there was no tit for tat, no retribution for one's actions visited on one from above—but maybe she was mistaken. This verbal assault right now was one small piece of payback for everything that had happened the night of Daphne's accident. The irreparable damage that had no name was this: Daphne was now rude, and not only rude but mean; she forgot things easily; she repeated herself a hundred times—whole thoughts and ideas as well as individual words. It became a verbal tic, this repetition; it became a stutter. She had remarked to Julie Jackson, while her head was still swathed in bandages, "I can see everything now. Everything is crystal clear." But that seemed to mean she had complete disregard for the rules of polite society, for small talk, for being thought of as kind and amenable. Instead, she was sharp-tongued and venomous; she was notoriously brutal. Nobody liked Daphne Dixon anymore; she set out to sting people,

"That, Charley, is rigorous honesty.  I thank you for it.
However, I have to confess that I can't have sex.  It is a
physical impossibility."

"Are you having a period?  Aren't you a little old for
that?"

"No.  But thanks for the reality check."  Tears sting the
backs of my eyes.  "Further, it's none of your business.  I
recommend the 'Steak Diane.'  I've had it here before."

"How can you eat at a time like this?"

"This is probably the last good meal I'll have for a while,
Charley.  I think I'll make the best of it."

Then I remember that this is only for practice.  "Then we
can go back to my apartment and watch TV until it's time for Tom
to pick you up."

"But you don't have a TV, Bonnie."

"Well, I'm sure we'll think of something."

"Bonnie Lancaster.  That is the most wicked look I've ever
seen in your eye."

"Not bad for 64, wouldn't you say?"

"Okay, Bonnie, we'll eat.  But you haven't heard the last of
this."

"No, I suppose not.  I'll repeat this conversation to Emily
and my other friends until I've worked out my feelings."

*39*

Infringement No. 40, Exhibit 40

like a wasp. She was her own doppelgänger now, after the accident. She was a bowl of cream gone rancid.

It was always Claire who stuck up for her.

*She's not that bad, really. When she's on her medication, she's perfectly fine.*

The guilt, old and useless, was tar in her hair; it was an invisible thread snarled around her heart. Claire had bought the last drink, she had not *absolutely insisted* that Daphne get into the taxi, and a woman's personality had been forever altered. Daphne was somebody else now, and Claire blamed herself.

Here, in the chilly outer ring of the Stop & Shop, Claire was receiving her just deserts: Daphne was holding up a mirror and forcing Claire to look. How can you chair the gala when you can't even get a shower? When you were careless in the hot shop and put yourself into preterm labor? When you won't face the fact that your baby isn't now, and may never be, right? How can you give it a dedicated effort?

"My nephew broke his arm playing hockey and was medevaced to Boston," Claire said. "I have to go. I want to make Siobhan some dinner."

Daphne's face softened. "Oh, God," she said. "How awful. By all means, go, go. Let me know if there's anything I can do to help."

Claire looked at Daphne. Her ears were pink again, like a regular person's ears. She was, at that second, her old self—but that was part of the problem, too, the inconsistency. Daphne bounced like a tennis ball between two frames of mind. Which personality were you going to get? Claire was no dummy. She was being given a pass, and she was going to take it.

"Okay, I will," Claire said. "See you later, Daphne."

40

"Why don't you put us both out of our misery, Charley? Maybe then I can get up and leave. Or, we can enjoy a quiet dinner together and commiserate."

Charley glances at my face, but not my eyes. He hangs his head. "It won't take long. And I really do think you might be happy. Christine has decided she'd like to try it my way."

Then, studying me closely he observes, "You don't look as happy as I thought you'd be. Christine and I celebrated our tenth wedding anniversary in September. We're used to each other. I really owe it to her to try."

*Is this, God, just deserts for being the other woman?*

"Charley, you can't possibly know how funny this is." I don't feel nearly as amused as I sound. "I was afraid to tell you something. Now it doesn't matter. Of course you and Christine have to try to work things out. If you don't, you'll regret it for the rest of your life." I pick up the oversize menu to conceal the hurt.

"I can't believe you're so understanding. After all the fights about sex. My demands about your moving. I guess you were wise not to listen to me and find another job instead. You're not the cozy hideaway type." Charley's face brightens. He risks a glance at me. Rescue comes with the change of topic.

"Wait a minute. What didn't you want to tell me? Did you meet somebody? Did somebody else come back into your life?"

40

Infringement No. 41, Exhibit 41

the tissues, wiped the noses, kissed the bumps and bruises, scolded the perpetrator. She did not cry, she realized, because there was no one to comfort her. Jason was as emotionally feeble as the children. If he were watching her now, silently weeping, he would be baffled.

Lock offered her a handkerchief. Claire blotted her face, thinking how charming it was that there was still a man in the world who carried a handkerchief.

"Are you okay?" he asked. "Did I hit a nerve? I didn't mean to—"

"No," Claire said. "It's okay." Lock handed her her wine. She took a sip and tried to collect herself. "Can I ask you a question?"

"Shoot."

"Why do you work here? I mean, you're . . . you don't have to work, right?"

Lock gave her another one of his incredible smiles. "Everyone needs something meaningful to do. I sold my business so I could move to the island permanently, but I never meant to stop working. I never meant to have a life where all I did was golf and talk to my stockbroker. That's not me."

"No," Claire said. "It's really none of my business . . ."

"I looked around the island to see where I would be happiest. I looked at buying a real estate development company, but that felt a little empty at this point in my life. There was a woman who cleaned rooms at the hospital when Daphne was there for physical therapy. Her name was Marcella Vallenda. Do you know her?"

"No," Claire said.

"Dominican woman. Four kids, three teenage boys, always in trouble, and a daughter. Husband was a deadbeat, alcoholic; he worked some days, and some days he spent at the Muse, playing keno. I got to know Marcella a little bit. She worked three jobs, she developed a cocaine habit to stay awake, basically, but the

chin, it cascades onto my trench coat.  Tears I can't cry for
myself.

     The job prospects are equally morose.  Even my email
provides no consolation.  Buttoning my coat again, I push into
the slanting snow.  If it continues and the temperature drops
below freezing, we'll have a white Thanksgiving.  I'm freezing,
bone cold and shivering.  As I walk, water squishes out of my
athletic shoes.

     Trudging up the street, I envision my favorite winter
antidote.  A very hot bubble bath.

     In the sanctuary of my apartment, I twist on the hot water.
The message light is flashing.  The first is from Helen.  Tonight
we're supposed to hear Sally talk on Thanksgiving and gratitude.
Helen can't go.  She's throwing up.  Not surprising, she caught
it from her daughter.

     The second message steals my breath.  "Where are you?  I
want to talk to you."

     An audibly deep breath.

     "Look, Bonnie, I'm sorry.  You're the best thing that's
happened to me in a long time.  Not for what I can get from you,
but what I'm learning about myself.

     "I'm tired of being a bad boy.  It's lonely and depressing.
My doctor says it's bad for my health as well.  My agent has
booked some holiday shows in the Midwest.  I'm not coming to see

4/

Infringement No. 42, Exhibit 42

*A Summer Affair*  &  65

the tissues, wiped the noses, kissed the bumps and bruises, scolded the perpetrator. She did not cry, she realized, because there was no one to comfort her. Jason was as emotionally feeble as the children. If he were watching her now, silently weeping, he would be baffled.

Lock offered her a handkerchief. Claire blotted her face, thinking how charming it was that there was still a man in the world who carried a handkerchief.

"Are you okay?" he asked. "Did I hit a nerve? I didn't mean to—"

"No," Claire said. "It's okay." Lock handed her her wine. She took a sip and tried to collect herself. "Can I ask you a question?"

"Shoot."

"Why do you work here? I mean, you're . . . you don't have to work, right?"

Lock gave her another one of his incredible smiles. "Everyone needs something meaningful to do. I sold my business so I could move to the island permanently, but I never meant to stop working. I never meant to have a life where all I did was golf and talk to my stockbroker. That's not me."

"No," Claire said. "It's really none of my business . . ."

"I looked around the island to see where I would be happiest. I looked at buying a real estate development company, but that felt a little empty at this point in my life. There was a woman who cleaned rooms at the hospital when Daphne was there for physical therapy. Her name was Marcella Vallenda. Do you know her?"

"No," Claire said.

"Dominican woman. Four kids, three teenage boys, always in trouble, and a daughter. Husband was a deadbeat, alcoholic; he worked some days, and some days he spent at the Muse, playing keno. I got to know Marcella a little bit. She worked three jobs, she developed a cocaine habit to stay awake, basically, but the

42

mean your body. Although I hope we'll get to that in due course. It's time I grew up. Did something with the life I have left."

"Since you put it that way, Charley, how can I refuse? Are we going to have dinner? Have you eaten?"

"Yes and no. Please asked the concierge to reserve a booth in the Cape Cod Room. Say, 8:30?"

"Okay, but you may get there before I do."


I haven't seen my desert-brown canvas suitcase since the valet accepted it from the cab driver under the Drake's canopy. I'm too nervous to sit. The pre-meet energy bristles along my limbs. A swimming coach called it a good sign. Now I'm not so sure. I'm too old for any of this.

Turning from the concierge's station, I find a seat under the Palm Court balcony. The lobby is busy without being crowded. I yearn for distractions, but everyone seems intent on the business of life. Just like Charley and I.

Glancing across the lobby, I recall the winter tableaux and the ice skating rink. Charley and I have bonded in this lobby. I can only wonder what the evening will bring.

He takes the stairs quickly, scanning the lobby before locking onto my eyes. The electricity surges, lighting up everything in its path. I must look like the Wrigley Building. I'd hoped for quiet and understated. My dress is old, pink

42

Infringement No. 43, Exhibit 43

66   ❧   *Elin Hilderbrand*

house was a hellhole, and the daughter, Agropina, found a rat in her cereal bowl . . ."

"Oh, God," Claire said.

"It happens," Lock said. "I had no idea until I met Marcella, but it happens here, just like everywhere else. I wanted to give Marcella money, but money doesn't help—it goes right to drugs. What she needed was programs, and that was how I found Nantucket's Children."

"I never heard that story before," Claire said.

"Well, everybody wonders why I'm here, but few are brave enough to ask. You asked."

"Oh," Claire said.

"Raising money for Nantucket's Children is the most important job I've ever had."

When Claire stood up, her legs wobbled. She was feeling weepy again. Okay, she was hormonal; she hadn't been right since she stopped nursing Zack. But no, it wasn't that; it was something bigger. In her universe, an apocalyptic decision was being made. It wasn't because of Lock's spiel about making a difference, or the rat in a little girl's cereal bowl, at least not completely. Claire was making this decision because she wanted to. She felt like a person she had nearly lost in a crowd: her old self.

"I'll do the auction piece," she said.

"You will?" he said. "Are you sure? Now I feel like I goaded you into it."

"I'm sure," she said. She waited, not breathing. Was this moment loaded for him, or was the emotion all in her mind? She had, after all, just made a monumental decision. Lock was standing before her, larger than life, a god of sorts, a person who could make things happen.

"I should go," she said.

"But wait," he said. There was something in his voice that held her there.

"What?" she whispered.

*43*

university's administration building would be safe for another six years.

Senator John F. Kennedy was campaigning for President. Jacqueline was changing Caroline's diapers. Indochina was a French nightmare. Woodstock, New York unthinkable. Collegiate drug use was limited to athletics, freely dispensed by coaches.

Charley's music grabbed us and wouldn't let go. For the first time in my life I joined a group because I wanted to. Plopping down on a open patch of grass, gray in the settling darkness, demurely I folded the skirt of my plaid shirtwaist under my knees. In the close and humid night I listened.

I was, I knew, in the presence of greatness. But it was difficult to comprehend that. Charley was just another kid starting college. Wanting to be noticed. Trying to make his mark. His music was both his college entrance and exit.

His music provoked me. It punched up repressed fears from the past and challenged the future. Tantalizingly it offered the freedom to be me. Rather than a parental injection die mold.

Yet, I feared the freedom his music insinuated. An intimacy whose price was awareness. I stayed. Thinking, perhaps I, too, might be able to go where Charley was leading. Some did. But propriety closed the door in my face. The dew on my skirt drove me back to Sherman Hall. Before the dampness became impossible

Infringement No. 44, Exhibit 44

"work" made the rest of her day go more efficiently: She did not languish in useless yoga positions, and she did not spend precious minutes trying to entice Zack to pick up a Cheerio. She accomplished more. She found herself with a spare hour before pickup, and when was the last time that had happened? She could cut Pan a break and take Zack for a walk to the beach. But she wanted to return to Lock on Monday with a gift, a surprise, a thank-you for the change he had brought about in her life, and so she took the phone into her room and locked the door. She rifled through her address book, which was filled with the torn corners of envelopes and assorted "We've Moved" announcements—Claire did herself the favor of dating these things, but she never found time to write them down.

Matthew Westfield (aka Max West): there was a cell phone number, which Claire knew to be useless. The last time Claire had tried to contact him was two years earlier, on behalf of Siobhan's brother, Declan, in Dublin, who wanted concert tickets. She had been unable to reach Matthew on the cell phone that time, and so she left a message for him with his agent, Bruce, in L.A., and sure enough, tickets arrived by DHL on Declan's doorstep. But the last time Claire had actually spoken to Matthew was nearly a dozen years earlier. He had called her from the Minneapolis airport. He was on his way to Hazelden for rehab.

"I can't beat it, Claire," Matthew had said then. "The bottle. I can't fucking beat it."

The bottle, Claire thought, should have been easier than the cocaine—but in the past twelve years, Matthew had been in three times for alcohol abuse. Claire thought back to high school. In those days, she was the only one who could get away with buying beer. She put her hair in hot rollers and wore her mother's long black skirt and sensible flat shoes—she looked, Matthew used to say, like one of the Amish, but she never once got carded. They drank in fields, in the woods, and, in summertime, at the quarry, where Matthew, plastered, used to dive into the jade green water

Monday morning's miracle is I have insurance. As Emily drives me home from the party, I'm relatively content. I've done everything I can to grieve to prepare. The rest will come naturally. Beginning when I wake up in the recovery room.

"Are you ready to face the operation," Emily asks. Both black-gloved hands grip the steering wheel. Her eyes are fastened on a pedestrian crosswalk. Her heart is in my lap.

"As much as I can be, I suppose. Who knows how it's going to be. I have Amanda's take on the experience. We're different people. I don't know how it will be for me. I think I've done as much as I can. Poor Charley, he never realized his part in it. He never knew."

"You mean you haven't heard from him since he relapsed? Don't you have any idea where he is or how he is?" Emily's devotion to the distraction is a little frightening.

"No. You've known people like Charley. You know how it is. They fall off the screen. Maybe they land in some small town in Minnesota. And work their way back home. Maybe they pitch into a hillside nose first."

"Don't you miss him, Bonnie?" In the urban-dark Emily searches my face.

"I can't afford to. Charley has to recognize what he has going for him. Capitalize on it. Otherwise, well, we both know

44

Infringement No. 45, Exhibit 45

"work" made the rest of her day go more efficiently: She did not languish in useless yoga positions, and she did not spend precious minutes trying to entice Zack to pick up a Cheerio. She accomplished more. She found herself with a spare hour before pickup, and when was the last time that had happened? She could cut Pan a break and take Zack for a walk to the beach. But she wanted to return to Lock on Monday with a gift, a surprise, a thank-you for the change he had brought about in her life, and so she took the phone into her room and locked the door. She rifled through her address book, which was filled with the torn corners of envelopes and assorted "We've Moved" announcements—Claire did herself the favor of dating these things, but she never found time to write them down.

Matthew Westfield (aka Max West): there was a cell phone number, which Claire knew to be useless. The last time Claire had tried to contact him was two years earlier, on behalf of Siobhan's brother, Declan, in Dublin, who wanted concert tickets. She had been unable to reach Matthew on the cell phone that time, and so she left a message for him with his agent, Bruce, in L.A., and sure enough, tickets arrived by DHL on Declan's doorstep. But the last time Claire had actually spoken to Matthew was nearly a dozen years earlier. He had called her from the Minneapolis airport. He was on his way to Hazelden for rehab.

"I can't beat it, Claire," Matthew had said then. "The bottle. I can't fucking beat it."

The bottle, Claire thought, should have been easier than the cocaine—but in the past twelve years, Matthew had been in three times for alcohol abuse. Claire thought back to high school. In those days, she was the only one who could get away with buying beer. She put her hair in hot rollers and wore her mother's long black skirt and sensible flat shoes—she looked, Matthew used to say, like one of the Amish, but she never once got carded. They drank in fields, in the woods, and, in summertime, at the quarry, where Matthew, plastered, used to dive into the jade green water

45

WHAT IF - Chapter 27                                            356

"I can't, Bonnie.  I just can't.  You don't know what it's like.  Temptation is everywhere."

"You're undoubtedly right.  That was certainly my impression when I was there."

"Don't make me remember.  It all started on the way home from the airport.  I cracked a Rolling Rock in the backseat. 'Who needs Bonnie,' I told myself.

"Unfortunately, I believed it.  It didn't take long to find the first drug.  Amphetamines.  To combat the depression.  Then cocaine.  The other shit just drifted in like toilet paper stuck to my shoe.  It's awful.  You have to save me."

"I'll say it again, Charley.  Only you can save you.  Get your ass to a meeting.  Stay there until someone drives you to a halfway house.  Go.  Don't tell them you who are.  Stay until they think you're trustworthy with your own safety."

I recall those who actually took my advice.  To good result. I have no such hope for Charley.  His voice is clogged with self-pity, not desperation.

"It's your life, Charley.  Only you can save it."  I don't even feel sorry for him.  He beat me to it.  "While you still have money in the bank, Charley, go to the bottom.  Before your addiction takes you there.  You have to surrender.  You have to know your disease has you by the balls.  Ask the counselors

45

Infringement No. 46, Exhibit 46

"work" made the rest of her day go more efficiently: She did not languish in useless yoga positions, and she did not spend precious minutes trying to entice Zack to pick up a Cheerio. She accomplished more. She found herself with a spare hour before pickup, and when was the last time that had happened? She could cut Pan a break and take Zack for a walk to the beach. But she wanted to return to Lock on Monday with a gift, a surprise, a thank-you for the change he had brought about in her life, and so she took the phone into her room and locked the door. She rifled through her address book, which was filled with the torn corners of envelopes and assorted "We've Moved" announcements—Claire did herself the favor of dating these things, but she never found time to write them down.

Matthew Westfield (aka Max West): there was a cell phone number, which Claire knew to be useless. The last time Claire had tried to contact him was two years earlier, on behalf of Siobhan's brother, Declan, in Dublin, who wanted concert tickets. She had been unable to reach Matthew on the cell phone that time, and so she left a message for him with his agent, Bruce, in L.A., and sure enough, tickets arrived by DHL on Declan's doorstep. But the last time Claire had actually spoken to Matthew was nearly a dozen years earlier. He had called her from the Minneapolis airport. He was on his way to Hazelden for rehab.

"I can't beat it, Claire," Matthew had said then. "The bottle. I can't fucking beat it."

The bottle, Claire thought, should have been easier than the cocaine—but in the past twelve years, Matthew had been in three times for alcohol abuse. Claire thought back to high school. In those days, she was the only one who could get away with buying beer. She put her hair in hot rollers and wore her mother's long black skirt and sensible flat shoes—she looked, Matthew used to say, like one of the Amish, but she never once got carded. They drank in fields, in the woods, and, in summertime, at the quarry, where Matthew, plastered, used to dive into the jade green water

46

The sleep is nourishing.  Lunch will be early.  Dinner will be early, too.  Then the evening and night will stretch endlessly into each other.

I believe Charley means what he says, but I've heard it all before.

*He said he wouldn't, Bonnie, but he did.*

Whether it's cocaine, Dewar's, or aftershave.

Nothing about my experience of Charley convinces me that he can put his former life behind him.  I try to imagine what the halfway house was like.  No one in their right mind would admit him to another inpatient unit.

What was Charley's life like these last two months to produce such a change?  From the tan, I assume he's been working outside.  The weight gain suggests he quit smoking.

I left an egotistical jerk at LAX.  Why would I believe he's any different now?  He's just acquired a new image.  What will happen when everything is the same next week?  Next month?  When there are no new emotional highs.  No challenges.  Just the challenge of meeting an ordinary life in the present.

Can he enter a restaurant, a church, a supermarket and not be recognized?  Not expect to be recognized?  Will people let him settle down to the humdrum and everyday?

We need people like Charley Walker to work out our fantasies at a safe distance.  Where we're insulated from the consequences.

Infringement No. 47, Exhibit 47

from the highest outcrop of rocks. He had been so cavalier; he had thought himself indestructible. They drank at the beach or at one of the empty rental houses on the street across from the beach. They wandered the boardwalk, ogling its carnival atmosphere—the blue and green neon spokes of the Ferris wheel, the strings of round lights outlining the Kettle Korn, taffy, and Slushee stands, the hundreds of kitschy shops (*Greetings from Wildwood!*)—with a sense of hilarious wonder. The drinking had been innocent, a mood enhancer, and it was rebellion, too, of course. It was usually only part of the night and not the night itself (though there were exceptions to that, nights when either she or Matthew, or both of them, drank so much that they puked until dawn). For the most part, the nights of their youth had been about music. Matthew took his guitar everywhere; he slung it over his back and placed it next to them on the beach or in the grass when they made love. He sang to their group of friends, to strangers, he sang to Claire, he sang to himself. There had been plenty of times when Claire grew jealous of the music, when she accused Matthew of being obsessed with it. Music was his drug back then.

It surprised Claire that alcohol had reached out and grabbed Matthew, as an adult, by the neck. Why him and not her? Of course, his life—in the interim between their last month together, August 1987, and the present—had contained excesses such as Claire could only imagine. Matthew had told her about some of it—the drugs, the alcohol, the girls, the parties, the complete lack of scruples characteristic of a rock-and-roll tour bus. There was not one wholesome thing about his Stormy Eyes Tour: not one night where he drank water and went to bed early, not one sentence uttered without a swear word, not one steamed vegetable, not one breath of air that didn't contain the sweet suggestion of marijuana smoke. It was all vodka and tits, he said. And pressure. That was the real monkey on his back: the pressure.

Claire had spoken to Matthew in the Minneapolis airport, as he

**47**

"I know bulletproof, Bonnie.  For a long time, I believed I was.  What a paradox!  Most over 30 know my name.  Some under. Yet, inside I feel illegitimate.  Not entitled to my success. One day I'll be exposed."

He stops to elicit my assurance.  I smile into his eyes. Certain I'm projecting more encouragement than I would like.

"Guess what?  I was the only person exposing me.  My drug and alcohol habit nearly brought down my entire career.  I don't know why my fans stuck with me.  Otherwise, I'd be parking cars in Honolulu.  Or 'down on the deuce' in Phoenix.  Or some bum on Madison or 42nd Street with a stranglehold on the past."

"Since I've moved a lot, few have been in my life longer than 15 years.  Except my children.  They're the only ones who've seen me drunk.  But I didn't have an image to maintain, a public to please."

Why all this revelation?  Why can't I put on a plastic smile and be solicitous instead?

*Because, Bonnie, Charley's apparently no longer into plastic.  He's looking for something real.*

"I wish I'd been able to care about me, about anybody.  Wish I'd hung onto the money.  Had some sense about copyrights.  But I'm waking up in the world I'm in.  I have enough to give some away.  I've hung on to a few people who are important to me."

*49*

Infringement No. 48, Exhibit 48

from the highest outcrop of rocks. He had been so cavalier; he had thought himself indestructible. They drank at the beach or at one of the empty rental houses on the street across from the beach. They wandered the boardwalk, ogling its carnival atmosphere—the blue and green neon spokes of the Ferris wheel, the strings of round lights outlining the Kettle Korn, taffy, and Slushee stands, the hundreds of kitschy shops (*Greetings from Wildwood!*)—with a sense of hilarious wonder. The drinking had been innocent, a mood enhancer, and it was rebellion, too, of course. It was usually only part of the night and not the night itself (though there were exceptions to that, nights when either she or Matthew, or both of them, drank so much that they puked until dawn). For the most part, the nights of their youth had been about music. Matthew took his guitar everywhere; he slung it over his back and placed it next to them on the beach or in the grass when they made love. He sang to their group of friends, to strangers, he sang to Claire, he sang to himself. There had been plenty of times when Claire grew jealous of the music, when she accused Matthew of being obsessed with it. Music was his drug back then.

It surprised Claire that alcohol had reached out and grabbed Matthew, as an adult, by the neck. Why him and not her? Of course, his life—in the interim between their last month together, August 1987, and the present—had contained excesses such as Claire could only imagine. Matthew had told her about some of it—the drugs, the alcohol, the girls, the parties, the complete lack of scruples characteristic of a rock-and-roll tour bus. There was not one wholesome thing about his Stormy Eyes Tour: not one night where he drank water and went to bed early, not one sentence uttered without a swear word, not one steamed vegetable, not one breath of air that didn't contain the sweet suggestion of marijuana smoke. It was all vodka and tits, he said. And pressure. That was the real monkey on his back: the pressure.

Claire had spoken to Matthew in the Minneapolis airport, as he

WHAT IF - Chapter 1                                                5

Around nine, the wall-hangers started to peel.  Wallflowers
would be a misnomer.  We were the majority.  The only dance-floor
moves were students crossing to another wall.  Eager inside, each
of us waited for someone else to break the ice.  Finally, it was
Charley.  But we had to go outside to find him.

Descending the brown linoleum-clad steps, to my surprise I
discovered the rest of the dance.  On the grass outside the
residence hall teens stood or sat with knees drawn up.  The
silence and rapt attention defied adolescence.

Feet astride on the sidewalk, Charley dared us to enter his
music.  Assaulting the strings, he sang words incomprehensible to
us.  They weren't soft, friendly, fun.  They stung.  Undressing a
world carefully clothed by our parents.  Feelings sliding from
his strings struck deeply repressed chords.  The Fifties would
shortly explode into the confrontations and conflagrations of the
Sixties.

Charley was a forerunner.  The term "folk rock" had yet to
be coined.  Protest vote yet to be defined.  Kent State was a
small, relatively unknown college in Eastern Ohio.  Rolling Rock
an arcane Western Pennsylvania beer.

At the University of Michigan, pyrotechnics were still
confined to pep rally bonfires.  Student activities had yet to
sully the front pages of local and national newspapers.  Our

48

Infringement No. 49, Exhibit 49

from the highest outcrop of rocks. He had been so cavalier; he had
thought himself indestructible. They drank at the beach or at one of
the empty rental houses on the street across from the beach. They
wandered the boardwalk, ogling its carnival atmosphere—the
blue and green neon spokes of the Ferris wheel, the strings of
round lights outlining the Kettle Korn, taffy, and Slushee stands,
the hundreds of kitschy shops (*Greetings from Wildwood!*)—with
a sense of hilarious wonder. The drinking had been innocent, a
mood enhancer, and it was rebellion, too, of course. It was usually
only part of the night and not the night itself (though there were
exceptions to that, nights when either she or Matthew, or both of
them, drank so much that they puked until dawn). For the most
part, the nights of their youth had been about music. Matthew
took his guitar everywhere; he slung it over his back and placed it
next to them on the beach or in the grass when they made love. He
sang to their group of friends, to strangers, he sang to Claire, he
sang to himself. There had been plenty of times when Claire grew
jealous of the music, when she accused Matthew of being obsessed
with it. Music was his drug back then.

It surprised Claire that alcohol had reached out and grabbed
Matthew, as an adult, by the neck. Why him and not her? Of
course, his life—in the interim between their last month together,
August 1987, and the present—had contained excesses such as
Claire could only imagine. Matthew had told her about some of
it—the drugs, the alcohol, the girls, the parties, the complete lack
of scruples characteristic of a rock-and-roll tour bus. There was
not one wholesome thing about his Stormy Eyes Tour: not one
night where he drank water and went to bed early, not one sen-
tence uttered without a swear word, not one steamed vegetable,
not one breath of air that didn't contain the sweet suggestion of
marijuana smoke. It was all vodka and tits, he said. And pressure.
That was the real monkey on his back: the pressure.

Claire had spoken to Matthew in the Minneapolis airport, as he

ordered a 4.  A 3.0 and above earned tuition, room and board in
the sorority house with all the frills.  At 2.0, it was tuition,
room, board and essentials.  Below that was a trip home.

Often a date and I strolled several blocks to a small coffee
house, the Intuitive Mug.  Inside, tall black wrought-iron stools
hugged small round wooden tables.  Six tables, as I recall.
Certainly no more than eight.  Charley performed in the corner
opposite the door.  The coffee bar occupied the right wall.  It
was tough to decide who felt more awkward--the performer or the
audience.  We had no idea what to make of Charley.  We only knew
we needed to be there.

By mid-October we had to stand to watch him.  The press of
student bodies would never have met the fire code.  Though I
still didn't know his name, the immediacy of his presence made
Charley impossible to ignore.  With no neutralizing distance, we
hadn't the freedom to accept or reject his lyrics.  We were in it
with him.

Five years later in Washington, D.C., pressed against a
masonry wall in a bricked-in Georgetown alley, I listened to a
trio.  Jammed against the opposite wall, Peter, Paul and Mary
sang one of Charley's songs.

For Greek Week, sororities were paired with fraternities to
produce skits and other entertainments.  In the middle of the
living room of Charley's fraternity, my sorority sisters and I

49

Exhibit 50

Copyright Registration for the Novel <u>What If</u>

Case Docket for 08 CV 3129

July 7, 2008 Court Order in 08 CV 3129
Received July 12, 2008

<u>Publishers Weekly</u> April 7, 2008 Review of
<u>A Summer Affair</u>

<u>A Summer Affair</u> Prologue Page 5

New Yorker Cartoon Featured in Publishers Weekly Advertisement

"Dedication" Page of <u>A Summer Affair</u>

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TXu 1 – 353 – 304**

EFFECTIVE DATE OF REGISTRATION

Month 6    Day 1    Year 07

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

What If

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a**    **NAME OF AUTHOR ▼**

Grace Jo P. O'Leary

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1990

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States of America
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Sole author of above-named novel

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**    **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**    **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**    **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases.
2005

**b**    **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ N/A    Day ▶    Year ▶    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Grace Jo P. O'Leary
1025 Pleasant Place, Apartment 11A
Oak Park, IL 60302

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
JUN 0 1 2007
ONE DEPOSIT RECEIVED
JUN 0 1 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

50

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
    ☐ Yes

**FORM TX**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶

**Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

*N/A*

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

*N/A*

**a**

**b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                                                    Account Number ▼

*N/A*

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

*Grace Jo P. O'Leary*
*1025 Pleasant Place, Apartment 11A*
*Oak Park, IL 60302*

Area code and daytime telephone number ▶ *708.660.9317*

Fax number ▶

Email ▶

**b**

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

*Grace Jo P. O'Leary*                                                    Date ▶ *May 29, 2007*

Handwritten signature ▼

*Grace Jo P. O'Leary*

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
*Grace Jo P. O'Leary*

Number/Street/Apt ▼
*1025 Pleasant Place, Apartment 11A*

City/State/Zip ▼
*Oak Park, IL 60302*

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Form TX—Full   Rev: 11/2006   Print: 11/2006—20,000   Printed on recycled paper

U.S. Government Printing Office: 2006-xx-xxx/xx,xxx

COX

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08-cv-03129

O'Leary v. St. Martin's Press et al
Assigned to: Honorable William J. Hibbler
Cause: 17:101 Copyright Infringement

Date Filed: 05/30/2008
Date Terminated: 05/30/2008
Jury Demand: None
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Grace Jo P O'Leary**

represented by  **Grace Jo P O'Leary**
Post Office Box 3154
Oak Park, IL 60302
(708) 660-9317
PRO SE

V.

**Defendant**

**St. Martin's Press**

**Defendant**

**Emily Giffin**
*Author*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2008 | 1 | RECEIVED Complaint and 2 copies by Grace Jo P O'Leary (Poor Quality Original - Paper Document on File) (Attachments: #(1) Exhibits)(tlm) (Entered: 06/03/2008) |
| 05/30/2008 | 2 | CIVIL Cover Sheet. (tlm) (Entered: 06/03/2008) |
| 05/30/2008 | 3 | MOTION by Plaintiff Grace Jo P O'Leary for leave to proceed in forma pauperis and financial affidavit. (tlm) (Entered: 06/03/2008) |
| 05/30/2008 | 4 | PRO SE Appearance by Plaintiff Grace Jo P O'Leary. (tlm) (Entered: 06/03/2008) |
| 06/03/2008 | 5 | MINUTE entry before the Honorable William J. Hibbler:Plaintiff applies to proceed in forma pauperis in her copyright infringement claim against St. Martin's Press and one of its authors. It is the fourth such claim plaintiff has filed in this court. The court has perused O'Leary's complaint and the fifty exhibits of |

50

|  |  | alleged infringement she attaches to it and it appears to be frivolous. The court therefore DENIES O'Leary's application and orders her to pay the filing fee prior to June 24, 2008 or the court shall dismiss the action for want of prosecution. In addition, the court orders O'Leary to appear for a status hearing on June 17, 2008 at 9:30 a.m.Mailed notice (ca, ) (Entered: 06/05/2008) |
|---|---|---|
| 06/17/2008 | 6 | MINUTE entry before the Honorable William J. Hibbler: Status hearing held on 6/17/2008. The Court admonishes plaintiff of her legal options. Mailed notice (jdh) (Entered: 06/17/2008) |

50



Order Form (01/2005)

Case 1:08-cv-03129   Document 7   Filed 07/07/2008   Page 1 of 1

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3129 | **DATE** | July 7, 2008 |
| **CASE TITLE** | O'Leary v. St. Martin's Press | | |

On June 3, 2008, the Court denied the Plaintiff's application to proceed without the prepayment of fees and ordered her to pay the filing fee by June 24, 2008. The Plaintiff has yet to pay the filing fee. Therefore, pursuant to Local Rule 3.3 and Fed. R. Civ. P. 41(b), the Court DISMISSES the Complaint, with prejudice, for want of prosecution. *See also Sperow v. Melvin*, 153 F.3d 780 (7th Cir. 1998).

*Wm. J. Hibbler*

Docketing to mail notice.

**STATEMENT**

U.S. DISTRICT COURT
CLERK
2008 JUL -7 PM 1:04
FILED-EOD

## THERE ONCE WERE TWO BOOKS FROM NANTUCKET

You know summer's on the way when the beachy jacket art starts showing up. Here are two by Nantucket writers set on the island, where you can't throw a lobster roll without hitting a Claire or a Clare.

### A Summer Affair

Elin Hilderbrand. Little, Brown, $24.99 (416p) ISBN 978-0-316-01860-9

Hilderbrand's seventh novel delves into the psyche of a guilt-ridden mother/artist who embarks on a self-destructive path. Nantucket glass artist Claire Danner Crispin has pieces in private collections and one in the Whitney, but is



overwhelmed with the needs of her husband and four kids (she gave up full-time glassblowing to take care of the family). Her troubles worsen when Daphne, a friend she'd been drinking with, is severely injured in a drunken car wreck. Claire is convinced that Daphne's husband, Lockhart, holds her responsible, so she's surprised when he asks her to co-chair a charity gala and create a new piece of glass art for auction. The plot mushrooms as Claire

and Lockhart begin an affair; Claire rethinks her priorities; a slew of gala-related complications arise; and Claire's ex-boyfriend turned rock star comes into play. Hilderbrand keeps a lot of balls in the air, and if she pays too much attention to event-planning minutiae, there are still enough conflicts to keep readers entertained. (July)

### Moon Shell Beach

Nancy Thayer. Ballantine, $24 (336p) ISBN 978-0-345-49818-2

Childhood friends Clare Hart and Lexi Laney work toward reconciliation in this bland novel by *The Hot Flash Club* author. Lexi wants to leave stifling Nantucket,



so when wealthy Ed Hardin proposes marriage, Lexi seizes the chance to live a life of off-island luxury. But after 10 years in a lonely and adulterous marriage, Lexi divorces Ed and lands back on the island seeking to repair the relationships she left behind. As Lexi and Clare take steps toward salvaging their friendship, their relationships with men—particularly Lexi's feelings for Clare's fiancé—test their loyalty. Unfortunately, Thayer's charac-

ters are as thin as a worn beach towel, and the phoned-in prose does little to make up for the contrived plot twists that dominate the final act. (June)

### How Far Is the Ocean from Here

Amy Shearn. Crown/Shaye Areheart, $23 (320p) ISBN 978-0-307-40534-0

As Shearn's accomplished and sophisticated debut opens, "hugely pregnant" Susannah Prue hides out deep in the desolate Texas-New Mexico border area desert, at the ramshackle Thunder Lodge motor inn. There she meets a variety of misfits, including the owners' mentally disabled teenage son and another guest's sexually confused niece, who become an essential if dysfunctional adoptive family to desperate, on-the-lam Susannah. Passive and oft-disappointed, Susannah made a fateful choice in deciding to serve as a surrogate mother to the wealthy but infertile Forsythes, Kit and Julian. The relationships among the three, we eventually learn, spiraled into tragedy, but the birth is imminent. Shearn's narration is fluid, shifting seamlessly among perspectives and time frames. The Forsythes verge on hard-edged rich-person caricature, but the rest of the cast is fully and compassionately realized, making for an affecting portrayal of the lengths people travel for love and companionship. (July)

### Ancient Highway

Bret Lott. Random, $25 (256p) ISBN 978-1-4000-6374-1

Lott picks up the themes that dominated his 1999 Oprah Book Club Selection, *Jewel*, in this multigenerational saga. In 1927, 14-year-old Earl Holmes runs away from his unhappy home in Hawkins, Tex., for Hollywood to become a movie star. But poor bumpkin Earl has better luck in marrying big band singer Saralee Kennedy than he ever does building his acting résumé. Earl and Saralee's only child, Joan, grows up to resent her father's dogged pursuit of a practically nonexistent film career at the expense of his family's happiness. She has plenty of her own residual problems by the time she has her son, Brad, who joins the navy and returns in 1980 to live with his grandparents, Earl and Saralee, in L.A. Estranged from Joan, Brad takes it upon himself to heal the family's rifts. The colorful off-camera anecdotes of filmmaking are gems, particularly how Earl lands a bit role in a forgettable Three Stooges skit. This chronicle of the Holmes family is sluggish in spots, but Lott's handling of characters and domestic conflicts picks up for readers who stick through the first act. (July)

### Sister's Choice

Emilie Richards. Mira, $24.95 (544p) ISBN 978-0-7783-2565-9

In Richards's latest stand-alone Shenandoah Album saga, childless Kendra Taylor and



ISBN#9781933383640

50

*A Summer Affair*   &   *5*

There had been seven women: Claire, Siobhan, Julie Jackson, De-
laney Kitt, Amie Trimble, Phoebe Caldwell, and Daphne Dixon.
*One of these things is not like the other.* Daphne was a summer
resident—which is to say, very wealthy—who had recently de-
cided to move to Nantucket year-round. Claire knew her slightly.
They had met at a pool party, and Daphne and her husband had
taken an interest in Claire's glassblowing. They might want to com-
mission a piece someday—who knew? Claire liked Daphne. Or
she was flattered that Daphne seemed to like her. She had bumped
into Daphne at the dry cleaners (Daphne picking up what looked
to be fifty cashmere sweaters). Claire had said, *Come out with us
on Saturday night!*

   They went to the spacious walnut bar at the Brant Point Grill,
where there was live cabaret music. Daphne had been wearing a
diaphanous top and a red silk scarf around her neck. It was clear
from the beginning of the night that Daphne was letting loose, she
was relaxing with the local crowd, she was allowing herself to go a
little crazy. This wasn't like the buttoned-up scene in Boston, she
said boozily in Claire's ear.

   There had been a lot of drinking: countless glasses of chardon-
nay and a few rosy cosmopolitans for the other women—and mar-
garitas, no salt, for Daphne. At the end of the evening, Claire went
to the bar to order herself a Diet Coke before the room began to
spin, and Daphne said, "And a margarita, no salt, for me, please,
Claire."

   *One Diet Coke, one margarita, no salt, please,* Claire told the
bartender.

   Now, in the sitting room that no one ever used, Claire picked
stray yellow flecks of dried egg out of the baby's duck-fuzz hair, her
mind racing. Daphne had already had a lot to drink when Claire
bought her the margarita. How many drinks had she had, exactly?
Claire hadn't been keeping track. Was one more the difference?
Claire had wanted Daphne to be happy; she had wanted Daphne
to have fun. Claire was the one who invited her along. Daphne

within-a-store concept" to six more out-
lets; at the end of the year, 96 stores used
the three-department layout. Reacting
to the dive in music sales, Hastings will
reduce the space given to that category
in 35 stores, a move that will provide
room for expanding hotter segments,
including children's books. The retailer
also plans to put Hardback Coffee Cafes
in seven stores, which will raise the num-
ber of outlets with cafes to 78. Thirty
cafes allow customers to place drive-
through orders, and five of the new cafes
will also have that capability. Hastings's
goShip program will be expanded from
110 stores to 139 stores during the
year. Under the program, Hastings fills
Internet orders for used products placed
through its www.gohastings.com Web
site as well as through Amazon Market-
place directly from a store's inventory.
Three new stores are scheduled to be
opened this year, with another six set to
be expanded or relocated.

## Retail
# Books Slip at Books-A-Million

Sales in Books-A-Million's core book
operation were "down slightly" in
the year ended February 2, 2008,
the company said in its annual report.
Total revenue at BAM rose 2.9% in the
year, to $535.1 million. Commercial
fiction was one of BAM's strongest per-
forming categories, while the retailer
saw "positive sales trends in teen, graphic
novels and our Faithpoint inspirational
book category." The bargain book and
gifts segment also had solid gains, and
BAM said that toys and games are emerg-
ing "as an exciting growth opportunity."

BAM opened nine new stores and closed
seven last year, finishing with 184 super-
stores and 24 traditional stores. In October
it said it hoped to open between 15 and 20
new stores this year. The annual report
said BAM still intends to grow "somewhat

faster in the year ahead with an eye toward
filling in our existing real estate footprint
and expanding to high growth markets."
The report, however, did not give any
indication of how many outlets it will
open this year, and the letter to sharehold-
ers signed by president Sandy Cochran and
executive chairman Clyde Anderson closed
by noting: "we see a challenging year
ahead as we face the economic headwinds
that have developed in recent months. We
remain focused on the fundamentals of
our business and committed to a disci-
plined approach to delivering results."
One of the fundamentals of BAM's busi-
ness is co-op, and the company reported
that it received "vendor reimburse-
ments" of $1.7 million in 2007 to help
offset advertising costs of $3.8 million.
—Jim Milliot



The only resource for the world's funniest and most sophisticated cartoons. Search our database of more then 90,000 wise and witty illustrations. Or call us to learn about our special
deals and bulk order discount packages to help humor work for you — and your budget.

Mention this Publisher's Weekly ad and save 20% on your order. Call today!

*Three things in human life are important. The first is to be kind.*
*The second is to be kind. And the third is to be kind.*

—Henry James