

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Grace Jo P. O'Leary
(Please print)

STREET ADDRESS: Post Office Box 3154

CITY/STATE/ZIP: Oak Park, Illinois 60303-3154

PHONE NUMBER: 708.660.9317

CASE NUMBER: 08CV 4036
JUDGE GOTTSCHALL
MAGISTRATE JUDGE SCHENKIER

Grace Jo P. O'Leary
Signature

July 16, 2008
Date

FILED
JUL 16 2008
Jul 16, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT