FILED

JUL 2 8 2008

Jul 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Grace Jo P. O'Leary,<br>Plaintiff<br><br>vs.<br><br>Little, Brown and Company, a division of<br>Hachette Book Group USA, publisher,<br>and Elin Hilderbrand, author,<br>Defendants. | Case No. 08 CV 4036<br><br>Honorable Joan B. Gottschall<br>Presiding Judge<br><br>Magistrate Judge Shrenker |

## MOTION TO DISMISS

Plaintiff, Grace Jo P. O'Leary, submits her Motion to Dismiss. In support of her motion Plaintiff states as follows:

1. Plaintiff is making simultaneous filings in both cases for copyright infringement of the Salzburg version of her novel What If in manuscript, 08 CV08 and 08 CV 4036. Both of these Motions are being filed under duress.

2. Plaintiff has been threatened, and further has notified the appropriate authorities for their inspection and consideration of such warning.

3. Plaintiff's Motion to Dismiss should not in any way be construed as withdrawing any of the allegations of infringement of her copyright for the novel in manuscript What If cited in the instant Complaint.

For all these reasons, Plaintiff, Grace Jo P. O'Leary, respectfully requests this honorable Court grant Plaintiff's Motion to Dismiss in the instant case.

Respectfully submitted,

*Grace Jo P. O'Leary*
Grace Jo P. O'Leary, *pro se*

Grace Jo P. O'Leary
Post Office Box 3154
Oak Park, Illinois 60303-3154
708.660.9317