FILED
JUL 2 8 2008
JUL 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Grace Jo P. O'Leary,<br>Plaintiff<br><br>vs.<br><br>Little, Brown and Company, a division of<br>Hachette Book Group USA, publisher,<br>and Elin Hilderbrand, author,<br>Defendants. | Case No. 08 CV 4036<br><br>Honorable Joan B. Gottschall<br>Presiding Judge<br><br>Magistrate Judge Shrenker |

## NOTICE OF MOTION

Little, Brown & Company
c/o Carol Ross
Senior Vice President and General Counsel
Hachette Book Group USA
237 Park Avenue
New York, New York 10017

On July 31, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan B. Gottschall in Courtroom 2325 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and present a Motion to Dismiss.

X_____
Grace Jo P. O'Leary, *pro se*
Post Office Box 3154
Oak Park, Illinois 60303-3154
708.660.9317

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Grace Jo P. O'Leary, )<br>Plaintiff )<br> )<br>vs. )<br> )<br> )<br>Little, Brown and Company, a division of )<br>Hachette Book Group USA, publisher, )<br>and Elin Hilderbrand, author, )<br>Defendants. ) | Case No. 08 CV 4036<br><br>Honorable Joan B. Gottschall<br>Presiding Judge<br><br>Magistrate Judge Shrenker |

### PROOF OF SERVICE

Little, Brown & Company
c/o Carol Ross
Senior Vice President and General Counsel
Hachette Book Group USA
237 Park Avenue
New York, New York  10017


I, the undersigned Plaintiff certify that on the 28th day of July, 2008, I served a copy of this Motion to Dismiss to each person to whom it is directed by way of the United States Postal Service, First Class Mail.

Grace Jo P. O'Leary, *pro se*
Post Office Box 3154
Oak Park, Illinois  60303-3154
708.660.9317


_____          _____
       Signature/certification                                    Date