**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GRACE JO P. O'LEARY,          )

                                 )     Case No. 08 CV 4036

     Plaintiff,         )

                                 )     District Judge Gottschall

     v.                 )

                                 )     Magistrate Judge Schenkier

LITTLE BROWN AND COMPANY,  )

a division of HACHETTE BOOK     )

GROUP USA, Publisher, and ELIN  )

HILDERBRAND, Author,       )

                                 )

     Defendants.       )

**DEFENDANT LITTLE BROWN'S RESPONSE
TO PLANTIFF'S MOTION TO DISMISS**

On July 28, 2008, Plaintiff Grace Jo P. O'Leary filed a Motion to Dismiss her Complaint.

Defendant Little Brown and Company, a division of Hachette, does not oppose the motion

provided the dismissal is with prejudice. Defendant therefore respectfully request that, in the

event the Court grants the dismissal, that it dismiss the Complaint with prejudice.

                                        Respectfully Submitted,

                                        **LITTLE BROWN AND COMPANY, a division of
                                        Hachette**
                                        /s/ Steven P. Mandell
                                        One of its Attorneys
                                        Steven P. Mandell
                                        Mandell Menkes LLC
                                        333 West Wacker Drive, Suite 300

Dated: July 30, 2008                    Chicago, Illinois 60606

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that he caused*,* to be served and filed: ***Defendant Little Brown's Response to Plaintiff's Motion to Dismiss****, electronically* with the Clerk of the Court of Illinois, Northern District, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and the same being accomplished this July 30, 2008, with a copy being delivered by First Class U.S. Mail, postage prepaid, to Ms. O'Leary at the following address:

> Grace Jo P. O'Leary
> PO Box 3154
> Oak Park, IL 60303-3153

> /s/ Steven P. Mandell

171281