## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4036 | **DATE** | 9/2/2008 |
| **CASE TITLE** | Grace Jo P. O'Leary vs. Little, Brown & Co. and Elin Hilderbrand | | |

**DOCKET ENTRY TEXT**

On July 30, 2008, the court denied plaintiff's application to proceed in forma pauperis and granted her 28 days to pay the filing fee to avoid dismissal for want of prosecution. The fee has not been paid; therefore all outstanding motions are denied as moot and the case is dismissed with prejudice for want of prosecution.

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | Rhonda Johnson |
|---|---|---|