# United States District Court

## Northern District of Illinois
### Eastern Division

O'Leary                                             **JUDGMENT IN A CIVIL CASE**

           v.                                               Case Number: 08 C 4036

Little, Brown and Company et al

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that On July 30, 2008, the court denied plaintiff's application to proceed in forma pauperis and granted her 28 days to pay the filing fee to avoid dismissal for want of prosecution. The fee has not been paid; therefore all outstanding motions are denied as moot and the case is dismissed with prejudice for want of prosecution. Civil Case Terminated.

                                                                       Michael W. Dobbins, Clerk of Court

Date: 9/2/2008                                                    _____

                                                                       /s/ Rhonda Johnson, Deputy Clerk